**Fill in this information to identify the case:**

Debtor name | The Community House Association, Birmingham, Michigan

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aline Daniels c/o Marko Law PLLC Attn: Alexander Waldman 220 W. Congress, 4th Floor Detroit, MI 48226 | | Personal injury claim | Contingent Unliquidated Disputed | | | $0.00 |
| Bodman PLC 6th Floor at Ford Field 1901 St. Antioine Street Detroit, MI 48226 | | Legal services | | | | $115,672.42 |
| City of Birmingham 151 Martin Street Clerk's Office Birmingham, MI 48009 | | Special assessment - shopping district | | | | $6,849.78 |
| City of Birmingham 151 Martin Street Birmingham, MI 48009 | | Lis pendens recorded against real property - for notice purposes | Contingent Unliquidated Disputed | | | $0.00 |
| Gordon Advisors, P.C. 1301 West Long Lake Road Suite 200 Troy, MI 48098 | | Accounting services | | | | $23,715.00 |
| Michigan Department of Treasury 41300 Dequindre Road Sterling Heights, MI 48314 | | Interest/penalties on 2023 sales tax | Subject to Setoff | | | Unknown |

26-43351-tjt  Doc 2  Filed 03/26/26  Entered 03/26/26 17:16:16  Page 1 of 2

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| State of Michigan Department of Labor and Economic Opportunity Unemployment Insurance Agency P.O. Box 169 Grand Rapids, MI 49501 | | Reimbursement of unemployment benefits | Contingent Unliquidated | | | $1,309.00 |
| Trion Solutions, Inc. 888 W. Big Beaver Road Suite 100 Troy, MI 48084 | | Payroll processing services | Unliquidated | | | $0.00 |
| William D. Seklar 411 South Old Woodward Avenue Suite 1002 Birmingham, MI 48009 | | Employment dispute | | | | $50,000.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2