Revised 02/04

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

Community House Association,
Birmingham, Michigan

Case No. _____
Chapter 11
Hon. _____

     Debtor.

_____/

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP

☐ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:_____

Address:_____

Name:_____

Address:_____

Name:_____

Address:_____

Name:_____

Address:_____

**(For additional names, attach an addendum to this form)**

☒ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2026            Sign here     _____
                                                    Signature of Authorized Individual
                                                    For Corporation Debtor

                                                    Alison Gaudreau _____
                                                    Print Name

                                                    President _____
                                                    Title