# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:     )

)   Case No.  26-43351-tjt

**THE COMMUNITY HOUSE ASSOCIATION,**   )   Chapter 11

**BIRMINGHAM, MICHIGAN**   )   Hon. Thomas J. Tucker

)

Debtor.   )

)

## NOTICE OF AUTHORITY TO SIGN AND FILE PETITION
## PURSUANT TO E.D. MICH. LBR 1074-1

Debtor, The Community House Association, Birmingham, Michigan, a Michigan non-profit corporation, hereby submits, pursuant to E.D. Mich. LBR 1074-1, the attached Consent Resolutions of the Board of Directors of The Community House, Association, Birmingham, Michigan.

Dated: March 26, 2026       Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: /s/ *Jason W. Bank*
     Jason W. Bank (P54447)
     Danielle M. Love (P86248)
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
(313) 961-0200
jbank@kerr-russell.com
dlove@kerr-russell.com
*Proposed Counsel for Debtor and*
*Debtor-In-Possession*

Docusign Envelope ID: 497B5B54-D777-8343-810E-D66BB446BAE8

**CONSENT RESOLUTIONS**
**OF THE BOARD OF DIRECTORS OF**
**THE COMMUNITY HOUSE ASSOCIATION, BIRMINGHAM, MICHIGAN**

March 24, 2026

**THE UNDERSIGNED**, constituting all of the members of the Board of Directors (the "***Board of Directors***") of The Community House Association, Birmingham, Michigan, a Michigan non-profit corporation (the "***Company***"), acting pursuant to the Articles of Incorporation, as amended, and the laws of the State of Michigan, under which the Company is organized, hereby adopt the following resolutions at a duly noticed meeting of the Board of Directors held on March 24, 2026:

**WHEREAS**, the Board of Directors has considered (i) the cash flow issues facing the Company and the Company's ability to meet its financial obligations after June 30 and (ii) the difficulty of selling the building on a timely basis at 380 S. Bates due to the City of Birmingham's lawsuit.

**WHEREAS,** in the judgment of the Board of Directors, it is desirable and in the best interests of the Company to file a voluntary petition (the "***Petition***") for relief under Subchapter V of Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101-1532 (the "***Bankruptcy Code***").

**NOW, THEREFORE, LET IT BE:**

**RESOLVED,** that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company that the Company is hereby authorized to file a Petition in the United States Bankruptcy Court for the Eastern District of Michigan (the "***Bankruptcy Court***");

**FURTHER RESOLVED**, that Alison Gaudreau, in her capacity as President of the Company (the "***Authorized Officer***"), shall be authorized on behalf of the Company to execute, verify and cause to be filed the Petition, together with all schedules of assets and liabilities, statement of financial affairs, and other documents required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure;

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized, directed and empowered, in the name of and on behalf of the Company, to execute, verify, and cause to be filed with the Bankruptcy Court such first day motions, applications, and requests for relief as the Authorized Officer deems necessary, proper, or desirable in connection with the Company's Chapter 11 case;

**FURTHER RESOLVED**, that the law firm of Kerr, Russell and Weber, PLC is hereby employed as bankruptcy counsel for the Company, and the Authorized Officer is authorized to execute appropriate retention agreements and pay appropriate retainers prior to and immediately upon the filing of the Petition;

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized to employ such additional professionals as the Authorized Officer deems necessary or appropriate to

1

represent and assist the Company in its Chapter 11 case, and to execute appropriate retention agreements and pay appropriate retainers in connection therewith;

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized, directed, and empowered, in the name of and on behalf of the Company, to take any and all actions, execute and deliver any and all agreements, instruments, certificates, and other documents, and make any and all filings with governmental or regulatory authorities, as the Authorized Officer deems necessary or appropriate to carry out the purposes of the foregoing resolutions and prosecute the Company's Chapter 11 case to a successful completion;

**FURTHER RESOLVED**, that any and all acts taken and any and all documents executed on behalf of the Company by the Authorized Officer prior to the adoption of these resolutions with regard to any of the matters authorized or approved herein are hereby ratified, confirmed, and approved; and

**FURTHER RESOLVED**, that these resolutions may be signed in multiple counterparts, each of which shall be deemed an original and all of which shall constitute one resolution. The signature of any person to any counterpart shall be deemed to be a signature to, and may be appended to, any other counterpart. The signatures on these resolutions may be delivered by facsimile or PDF rather than original, and shall be fully effective as though the signature was an original.

[<em>Signatures on Following Page</em>]

2

These Consent Resolutions have been executed by the undersigned on the date first set forth above.

**DIRECTORS:**

Signed by:

*Jacob Taylor*

09EC6D21C1D4453...

Jacob Taylor

Signed by:

*Camille Jayne*

39381D3B52864F2...

Camille Jayne

Signed by:

*Susan Sarkesian*

E244D792EF5C475...

Susan Sarkesian

DocuSigned by:

*Heather Rindels*

CE6DA35DF4C84B8...

Heather Rindels

DocuSigned by:

*P∠R*

9EE25515A19F443...

Deric Righter

Signed by:

*Mallory kallabat*

24DA71647E12490...

Mallory Kallabat