# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:

| | |
|---|---|
| THE COMMUNITY HOUSE ASSOCIATION BIRMINGHAM, MICHIGAN, | CHAPTER 11 CASE NO. 26-43351 HON. THOMAS J. TUCKER |

      Debtor.

_____/

### NOTICE OF APPEARANCE AND BANKRUPTCY RULE 2002(I) REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO THE MATRIX

TO:    CLERK OF THE COURT
        ATTORNEY FOR DEBTOR

**PLEASE TAKE NOTICE** that PENTIUK, COUVREUR & KOBILJAK, P.C., by KURT M. KOBILJAK, hereby enters its appearance on behalf of CHIEF FINANCIAL CREDIT UNION, in these proceedings, and demands, pursuant to the Bankruptcy Rules, including Bankruptcy Rule 2002(I) and Section 1109(B) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address: KURT M. KOBILJAK, PENTIUK, COUVREUR & KOBILJAK, P.C., Edelson Building, Suite 200, 2915 Biddle Avenue, Wyandotte, Michigan 48192.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand-delivery, telephone, telegraph, facsimile or otherwise.

**PLEASE TAKE FURTHER NOTICE** that a request is hereby made to be added to the Matrix.

                Respectfully submitted,
                PENTIUK, COUVREUR & KOBILJAK, P.C.

                *Kurt M. Kobiljak*
                Kurt M. Kobiljak P45297
                Attorney for Chief Financial Credit Union
                2915 Biddle Avenue, Ste. 200
                Wyandotte, Michigan 48192
                734-281-7100
                kkobiljak@pck-law.com

Dated: March 27, 2026