**Fill in this information to identify the case:**

Debtor name    **The Community House Association, Birmingham, Michigan**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)   26-43351-tjt

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **7/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | $1,882,207.85 |
   | **For year before that:**<br>From **7/01/2024** to **6/30/2025** | ■ Operating a business<br>☐ Other | $3,763,017.53 |
   | **For the fiscal year:**<br>From **7/01/2023** to **6/30/2024** | ■ Operating a business<br>☐ Other | $4,520,021.38 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **7/01/2025** to **Filing Date** | **Accounts Receivable** | $1,175.32 |
   | **For year before that:**<br>From **7/01/2024** to **6/30/2025** | **Accounts Receivable** | $2,823.39 |
   | **For the fiscal year:**<br>From **7/01/2023** to **6/30/2024** | **Accounts Receivable** | $2,305.73 |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached ledger** | | **$566,673.10** | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **William D. Seklar**<br>**411 N. Glengarry Road**<br>**Bloomfield Hills, MI 48301** | | **$101,956.34** | **Settlement** |
| 4.2. **Camille Jayne**<br>**4118 Bridlewood Road**<br>**Fallbrook, CA 92028** | | **$10,495.54** | **Expense reimbursement** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**556,673.10**

| Bank Account | Transaction Type | Date | Num | Name | Debit | Credit |
|---|---|---|---|---|---|---|
| 1010201 PNC Pinacle- 2847 | Expense | 03/23/2026 | | Fortune Fish & Gourmet | | 1.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/23/2026 | ACH | City Of Birmingham-WATER | | 8.39 |
| 1010201 PNC Pinacle- 2847 | Expense | 03/25/2026 | | Bank Fee | | 9.99 |
| 1010200 PNC Foundation Receipts 0036 | Expense | 02/04/2026 | | safesave Payments | | 10.00 |
| 1010200 PNC Foundation Receipts 0036 | Expense | 03/04/2026 | | safesave Payments | | 10.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 01/12/2026 | | Bank Fee | | 12.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 02/12/2026 | | Bank Fee | | 12.00 |
| 1010200 PNC Foundation Receipts 0036 | Expense | 01/05/2026 | | safesave Payments | | 12.22 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/03/2026 | | Detroit IT | | 20.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/06/2026 | | Detroit IT | | 22.99 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/03/2026 | ach | Uncommon Coffee Roasters | | 24.00 |
| 1010200 PNC Foundation Receipts 0036 | Expense | 01/02/2026 | | Bank Fee | | 25.00 |
| 1010200 PNC Foundation Receipts 0036 | Expense | 02/02/2026 | | Bank Fee | | 25.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 01/05/2026 | | AFLAC | | 26.88 |
| 1010100 BOAA-GenChecking1442 | Expense | 03/04/2026 | | AFLAC | | 26.88 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81809 | Metro Carbonic | | 29.40 |
| 1010100 BOAA-GenChecking1442 | Expense | 12/31/2025 | | Principal | | 37.20 |
| 1010100 BOAA-GenChecking1442 | Expense | 02/20/2026 | | Principal | | 37.20 |
| 1010100 BOAA-GenChecking1442 | Expense | 03/03/2026 | 20469 | Detroit IT | | 37.90 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/06/2026 | | Detroit IT | | 40.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/03/2026 | | Detroit IT | | 40.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 02/04/2026 | | AFLAC | | 40.32 |
| 1010200 PNC Foundation Receipts 0036 | Expense | 03/03/2026 | | TSYS Epayment System | | 41.90 |
| 1010200 PNC Foundation Receipts 0036 | Expense | 03/02/2026 | | TSYS Epayment System | | 47.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81819 | Discount School Supply | | 50.41 |
| 1010100 BOAA-GenChecking1442 | Expense | 01/21/2026 | | Heartland Pmt Sys | | 55.00 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/04/2026 | ach | Metro Carbonic | | 59.76 |

| Account | Type | Date | Num | Name | Amount |
|---|---|---|---|---|---|
| 1010100 BOAA-GenChecking1442 | Expense | 01/12/2026 | | State of Michigan - UIA | 61.64 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81803 | ElectroCycle, Inc. | 65.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/19/2026 | ach | ElectroCycle, Inc. | 65.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 03/02/2026 | | Heartland Pmt Sys | 68.70 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/13/2026 | | Detroit IT | 69.98 |
| 1010200 PNC Foundation Receipts 0036 | Expense | 02/03/2026 | | TSYS Epayment System | 70.70 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/06/2026 | | Detroit IT | 71.10 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/06/2026 | | Detroit IT | 75.80 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/03/2026 | | Detroit IT | 75.80 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/21/2026 | web | Cintas | 82.69 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/06/2026 | | Detroit IT | 110.50 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81818 | Mister Mat Rental Service | 117.88 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/21/2026 | 26 | Metro Carbonic | 119.10 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81814 | Humidity Control Filters of Michigan | 120.00 |
| 1010300 BOAA-PayrollChkng1870 | Expense | 02/02/2026 | | Paychex | 120.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/06/2026 | ACH | Humidity Control Filters of Michigan | 120.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/06/2026 | ACH | Humidity Control Filters of Michigan | 120.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/06/2026 | ACH | Humidity Control Filters of Michigan | 120.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/14/2026 | 81790 | Mitchell Walsh | 125.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81804 | Jake Zhao | 125.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 01/07/2026 | | ECE Subhub | 150.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 02/01/2026 | 3263 | ECE Subhub | 150.00 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/18/2026 | 22 | Red Goose Spice Company L.L.C. | 156.15 |
| 1010200 PNC Foundation Receipts 0036 | Expense | 01/05/2026 | | TSYS Epayment System | 159.01 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/06/2026 | | Detroit IT | 166.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/03/2026 | | Detroit IT | 166.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/03/2026 | | Detroit IT | 166.00 |

| Account | Type | Date | Num | Name | Amount |
|---|---|---|---|---|---|
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/24/2026 | 29 | Detroit IT | 181.60 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/21/2026 | 28 | Guernsey Farms Dairy | 185.06 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81816 | Cintas | 191.69 |
| 1010100 BOAA-GenChecking1442 | Expense | 01/05/2026 | | City of Birmingham-Parking | 200.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 02/02/2026 | | Heartland Pmt Sys | 203.52 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/06/2026 | 81831 | Cintas Corporation-Kitchen | 205.11 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/06/2026 | | Detroit IT | 215.28 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/03/2026 | | Detroit IT | 215.28 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/03/2026 | | Detroit IT | 215.28 |
| 1010201 PNC Pinacle- 2847 | Expense | 01/30/2026 | | Bank Fee | 228.52 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/05/2026 | 10 | Mister Mat Rental Service | 235.76 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81805 | Colleen Korte | 246.42 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/19/2026 | | Guernsey Farms Dairy | 252.98 |
| 1010201 PNC Pinacle- 2847 | Expense | 02/27/2026 | | Bank Fee | 254.75 |
| 1010100 BOAA-GenChecking1442 | Expense | 01/23/2026 | | Blue Cross Blue Shield of MI | 264.92 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/03/2026 | 4 | Guernsey Farms Dairy | 272.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 01/22/2026 | | Premium Dist | 273.60 |
| 1010100 BOAA-GenChecking1442 | Sales Tax Payment | 01/14/2026 | | Michigan Dept of Treasury | 278.39 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/14/2026 | 81794 | Sante Fratarcangel | 300.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/14/2026 | 81793 | Rosa Radovanovic | 300.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/14/2026 | 81792 | Raffi Garabedian | 300.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/14/2026 | 81791 | Brenden Brietzman | 300.00 |
| 1011000 PettyCash-Accounting | Bill Payment (Check) | 03/23/2026 | | Jill Geden | 300.00 |
| 1011000 PettyCash-Accounting | Expense | 03/23/2026 | | Jill Geden | 300.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/03/2026 | ACH | Cintas | 300.69 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81811 | Hoffman Lawn Sprinkler Systems | 315.00 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/21/2026 | web | Fortune Fish & Gourmet | 316.37 |

| | | | | | |
|---|---|---|---|---|---:|
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 01/22/2026 | | Comcast | 319.46 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 02/23/2026 | | Comcast | 319.46 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/06/2026 web | | Comcast | 329.46 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/25/2026 web | | Sysco Food Services | 333.93 |
| **1010100 BOAA-GenChecking1442** | Expense | 02/01/2026 3230 | | ECE Subhub | 337.17 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/06/2026 18 | | Lighthouse Plumbing Services | 338.73 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 02/20/2026 | | Waste Management | 347.10 |
| **1010100 BOAA-GenChecking1442** | Expense | 03/02/2026 | | Heartland Pmt Sys | 349.50 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 01/20/2026 | | Waste Management | 349.53 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/06/2026 15 | | Wm. Floyd Heating Co. | 351.44 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/11/2026 web | | Waste Management | 351.74 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 02/02/2026 81807 | | Smart Care | 359.94 |
| **1010100 BOAA-GenChecking1442** | Expense | 01/21/2026 81796 | | Tai Chi Detroit | 360.00 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/06/2026 13 | | Detroit IT | 366.68 |
| **1010100 BOAA-GenChecking1442** | Expense | 01/13/2026 | | Century Security Group | 370.80 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 01/05/2026 | | Canon Financial Services | 372.00 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 02/03/2026 | | Canon Financial Services | 376.26 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/06/2026 web | | Canon Financial Services | 376.26 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/21/2026 web | | Canon Financial Services | 376.26 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/25/2026 web | | Fortune Fish & Gourmet | 381.42 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 01/15/2026 | | Great Lakes Wine & Spirits | 388.80 |
| **1010400 BOAA-MLLC 1276** | Expense | 01/27/2026 | | State of Michigan - LiquorLicense | 406.80 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 02/26/2026 | | Great Lakes Wine & Spirits | 423.24 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/25/2026 web | | Uncommon Coffee Roasters | 485.00 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/03/2026 Web | | City of Birmingham- Clerk's Office | 500.00 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 02/02/2026 81815 | | Wm. Floyd Heating Co. | 505.00 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/25/2026 30 | | Del Bene Produce, Inc. | 542.20 |
| **1010201 PNC Pinacle- 2847** | Check | 12/31/2025 | | Bank Fee | 547.33 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/25/2026 33 | | Gold Star Products | 549.68 |

| Account | Type | Date | Num | Name | Amount |
|---|---|---|---|---|---|
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/25/2026 | 32 | Strive Staffing LLC | 565.20 |
| 1010100 BOAA-GenChecking1442 | Expense | 01/05/2026 | | Guardian Alarm | 572.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 02/02/2026 | | Guardian Alarm | 572.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/06/2026 | ACH | Guardian Alarm | 572.00 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/21/2026 | web | Guardian Alarm | 572.00 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/21/2026 | 25 | Gold Star Products | 575.18 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/06/2026 | ACH | Fortune Fish & Gourmet | 608.63 |
| 1010100 BOAA-GenChecking1442 | Expense | 01/02/2026 | | Pitney Bowes Bank Inc Purchase Power | 625.24 |
| 1010100 BOAA-GenChecking1442 | Expense | 03/09/2026 | | Pitney Bowes Bank Inc Purchase Power | 625.24 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/03/2026 | 3 | ISC Industrial Steam Cleaning | 655.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81817 | TK Elevator Corporation | 681.42 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/07/2026 | | ECE Subhub | 743.12 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81808 | Gold Star Products | 779.73 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81812 | Dover Grease Traps, Inc | 840.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 02/02/2026 | | Heartland Pmt Sys | 850.18 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/09/2026 | ACH | STAPLES Advantage | 868.73 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/21/2026 | web | Dummies on the Run CPR | 880.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/06/2026 | | Detroit IT | 889.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/03/2026 | | Detroit IT | 889.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/03/2026 | | Detroit IT | 889.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81810 | Krafsur, Sandra-1099 | 892.80 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/03/2026 | web | Canon Financial Services | 893.83 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/02/2026 | | STAPLES Advantage | 900.33 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/30/2026 | ACH | STAPLES Advantage | 1,026.12 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/25/2026 | 31 | Sohn Linen Service | 1,062.31 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/06/2026 | 11 | Imperial Dade | 1,085.11 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/07/2026 | ach | STAPLES Advantage | 1,129.61 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/10/2026 | 19 | Dover Grease Traps, Inc | 1,170.00 |

| | | | | | |
|---|---|---|---|---|---:|
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 01/13/2026 | 81789 | Guernsey Farms Dairy | 1,186.90 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 03/10/2026 | 81829 | Krafsur, Sandra-1099 | 1,190.00 |
| **1010201 PNC Pinacle- 2847** | Expense | 03/25/2026 | | Matthes, Margaret-1099 | 1,276.80 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/21/2026 | 24 | Del Bene Produce, Inc. | 1,294.65 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 02/02/2026 | 81802 | Post Companies, LLC | 1,300.00 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/06/2026 | 16 | Del Bene Produce, Inc. | 1,305.05 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 01/08/2026 | ach | Uncommon Coffee Roasters | 1,316.60 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 03/03/2026 | ACH | Fire Systems of Michigan, Inc | 1,328.50 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 03/03/2026 | | Detroit IT | 1,356.25 |
| **1010100 BOAA-GenChecking1442** | Expense | 01/02/2026 | | Heartland Pmt Sys | 1,360.53 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/03/2026 | 7 | Gold Star Products | 1,388.34 |
| **1010100 BOAA-GenChecking1442** | Expense | 02/04/2026 | | City of Birmingham-Parking | 1,410.00 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 02/03/2026 | | Detroit IT | 1,420.00 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/23/2026 | web | TK Elevator Corporation | 1,444.61 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 01/06/2026 | | Detroit IT | 1,450.00 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 02/02/2026 | ACH | Fortune Fish & Gourmet | 1,477.54 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 03/02/2026 | ACH | Sohn Linen Service | 1,605.50 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 02/26/2026 | ACH | Sysco Food Services | 1,609.24 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/21/2026 | 23 | Strive Staffing LLC | 1,668.24 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 03/03/2026 | ACH | Fortune Fish & Gourmet | 1,740.45 |
| **1010201 PNC Pinacle- 2847** | Expense | 03/25/2026 | web | Kerr Russell | 1,750.17 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/06/2026 | 12 | Sohn Linen Service | 1,784.47 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/03/2026 | 8 | Lighthouse Plumbing Services | 1,799.55 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 01/05/2026 | ACH | Sysco Food Services | 1,852.17 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/02/2026 | 1 | Imperial Dade | 1,864.38 |
| **1010100 BOAA-GenChecking1442** | Expense | 01/15/2026 | | Element 22 Commericial Group | 1,870.06 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 01/05/2026 | | City of Birmingham-Parking | 1,960.00 |
| **1010201 PNC Pinacle- 2847** | Expense | 03/25/2026 | web | PNC Bank - VISA | 1,976.48 |

| Account | Type | Date | Num | Name | Amount |
|---|---|---|---|---|---|
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/06/2026 | 81826 | Jake Zhao | 2,000.00 |
| 1010100 BOAA-GenChecking1442 | Sales Tax Payment | 03/12/2026 | | Michigan Dept of Treasury | 2,016.70 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/13/2026 | | ECE Subhub | 2,105.47 |
| 1010201 PNC Pinacle- 2847 | Expense | 03/25/2026 | | Consumers Energy | 2,204.52 |
| 1010201 PNC Pinacle - 2847 | Bill Payment (Check) | 03/21/2026 | web | Sysco Food Services | 2,208.03 |
| 1010100 BOAA-GenChecking1442 | Expense | 01/06/2026 | | Consumers Energy | 2,459.04 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/23/2026 | 81797 | Matthes, Margaret-1099 | 2,461.20 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/25/2026 | web | United Group Programs - OptiMed (new) | 2,511.74 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/20/2026 | web | Smart Care | 2,540.81 |
| 1010100 BOAA-GenChecking1442 | Expense | 02/06/2026 | | State of Michigan - UIA | 2,665.82 |
| 1010100 BOAA-GenChecking1442 | Expense | 02/05/2026 | | Consumers Energy | 2,811.37 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/02/2026 | | Element 22 Commericial Group | 2,881.27 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/20/2026 | ACH | Sysco Food Services | 2,972.74 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/03/2026 | 6 | Del Bene Produce, Inc. | 3,124.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81806 | C&N Party Rentals, Inc | 3,225.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 01/02/2026 | | Heartland Pmt Sys | 3,237.31 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/06/2026 | web | Consumers Energy | 3,337.50 |
| 1010201 PNC Pinacle- 2847 | Sales Tax Payment | 03/11/2026 | | Michigan Dept of Treasury | 3,352.20 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/26/2026 | ACH | Sohn Linen Service | 3,786.73 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/11/2026 | | DTE Energy | 3,913.37 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/06/2026 | 17 | Anago | 4,003.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/02/2026 | 81813 | Anago | 4,054.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/30/2026 | 81800 | Del Bene Produce, Inc. | 4,066.90 |
| 1010100 BOAA-GenChecking1442 | Sales Tax Payment | 01/21/2026 | | Michigan Dept of Treasury | 4,290.16 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/06/2026 | 81830 | DTE Energy | 4,347.88 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/21/2026 | web | DTE Energy | 4,352.60 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/03/2026 | 5 | Strive Staffing LLC | 4,358.88 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/09/2026 | | DTE Energy | 4,535.02 |

| Account | Type | Date | Num | Name | Amount |
|---|---|---|---|---|---|
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/03/2026 | Web | City Of Birmingham-WATER | 4,539.15 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/23/2026 | ACH | Fortune Fish & Gourmet | 4,723.10 |
| 1010100 BOAA-GenChecking1442 | Check | 01/23/2026 | ACH | Bodman PLC | 5,000.00 |
| 1010201 PNC Pinacle- 2847 | Expense | 03/25/2026 | web | Kerr Russell | 5,000.00 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/04/2026 | web | NHB Northern Haserot | 5,715.26 |
| 1010100 BOAA-GenChecking1442 | Expense | 01/22/2026 | | PNC Bank - VISA | 6,161.09 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/17/2026 | 21 | Matthes, Margaret-1099 | 6,366.45 |
| 1010100 BOAA-GenChecking1442 | Expense | 02/20/2026 | | PNC Bank - VISA | 6,543.45 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/07/2026 | | Identity Marketing & PR | 7,000.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/19/2026 | | Identity Marketing & PR | 7,000.00 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/25/2026 | web | NHB Northern Haserot | 7,024.30 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/19/2026 | ACH | Gordon Advisors, PC | 7,475.00 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/06/2026 | 14 | Strive Staffing LLC | 7,477.56 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/03/2026 | 9 | Wm. Floyd Heating Co. | 7,563.13 |
| 1010201 PNC Pinacle- 2847 | Bill Payment (Check) | 03/03/2026 | 2 | Anago | 8,006.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 12/31/2025 | | Element 22 Commericial Group | 8,493.57 |
| 1010100 BOAA-GenChecking1442 | Expense | 01/30/2026 | | Element 22 Commericial Group | 8,493.57 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 03/02/2026 | | Element 22 Commericial Group | 8,493.57 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/30/2026 | 81801 | NHB Northern Haserot | 8,676.43 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/23/2026 | ACH | City Of Birmingham-WATER | 9,057.68 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/29/2026 | 81799 | Strive Staffing LLC | 9,934.56 |
| 1010100 BOAA-GenChecking1442 | Check | 01/23/2026 | ACH | Bodman PLC | 10,000.00 |
| 1010100 BOAA-GenChecking1442 | Expense | 02/17/2026 | | Kerr Russell | 10,000.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 02/27/2026 | | Identity Marketing & PR | 10,000.00 |
| 1010201 PNC Pinacle- 2847 | Expense | 03/25/2026 | web | Kerr Russell | 10,000.00 |
| 1010100 BOAA-GenChecking1442 | Bill Payment (Check) | 01/08/2026 | ACH | Kemp, Klein Law Firm | 10,324.14 |
| 1010201 PNC Pinacle- 2847 | Expense | 03/10/2026 | web | Kerr Russell | 11,485.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/21/2026 | 27 | Element 22 Commericial Group | | 12,105.19 |
| **1010100 BOAA-GenChecking1442** | Bill Payment (Check) | 03/04/2026 | ACH | Philadelphia Insurance Company | | 12,244.96 |
| **1010201 PNC Pinacle- 2847** | Expense | 03/20/2026 | | PNC Bank - VISA | | 15,355.18 |
| **1010201 PNC Pinacle- 2847** | Expense | 03/19/2026 | | Seklar, William | | 26,956.34 |
| **1010201 PNC Pinacle- 2847** | Bill Payment (Check) | 03/24/2026 | web | Kerr Russell | | 27,189.00 |
| **1010201 PNC Pinacle- 2847** | Expense | 03/12/2026 | 20 | Seklar, William | | 75,000.00 |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **City of Birmingham v. Debtor**<br>**25-219218** | **Deed restriction enforcement** | **Oakland County Circuit Court**<br>**1200 N. Telegraph Road Pontiac, MI 48341** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Aline Ann Daniel v. Debtor**<br>**26-220089** | **Personal injury - premises liability** | **Oakland County Circuit Court**<br>**1200 N. Telegraph Road Pontiac, MI 48341** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **William Seklar v. The Community House Foundation** | **Employment dispute (in mediation)** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Crooked Tree Arts Center**<br>**461 E. Mitchelle Street**<br>**Petoskey, MI 49770** | **Sponsorship** | 7/03/2024 | $10,000.00 |
| **Recipients relationship to debtor** | | | |
| 9.2. **Corewell Health**<br>**26901 Beaumont Blvd., 5D**<br>**Southfield, MI 48033** | **Sponsorship for Heart to Heart** | 9/18/2024 | $10,000.00 |
| **Recipients relationship to debtor**<br>**Business Development** | | | |
| 9.3. **Project 2**<br>**477 Lake Park Drive**<br>**Birmingham, MI 48009** | **Workshop Scholarship** | 1/22/2025 | $1,000.00 |
| **Recipients relationship to debtor**<br>**Nonprofit Partner** | | | |
| 9.4. **FAR**<br>**1669 West Maple Road**<br>**Birmingham, MI 48009** | **Gift card for art supplies** | 1/22/2025 | $500.00 |
| **Recipients relationship to debtor**<br>**Nonprofit Partner** | | | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.5. | **Women of Tomorrow**<br>**26913 Northwestern Hwy.**<br>**Suite 155**<br>**Southfield, MI 48033**<br><br>**Recipients relationship to debtor**<br>**Nonprofit Partner** | **Scholarship** | **2/19/2025** | **$750.00** |
| 9.6. | **Women of Tomorrow**<br>**26913 Northwestern Hwy.**<br>**Suite 155**<br>**Southfield, MI 48033**<br><br>**Recipients relationship to debtor**<br>**Nonprofit Partner** | **Scholarship** | **4/16/2025** | **$500.00** |
| 9.7. | **United Community Family**<br>**Services**<br>**2033 Austin Drive**<br>**Troy, MI 48083**<br><br>**Recipients relationship to debtor**<br>**Nonprofit Partner** | **Dinners for 1,200 families of four** | **3/27/2025** | **$5,000.00** |
| 9.8. | **United Community Family**<br>**Services**<br>**2033 Austin Drive**<br>**Troy, MI 48083**<br><br>**Recipients relationship to debtor**<br>**Nonprofit Partner** | **Dinners for food-insecure families** | **6/18/2025** | **$500.00** |

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Kerr, Russell and Weber, PLC**<br>**500 Woodward Avenue**<br>**Suite 2500**<br>**Detroit, MI 48226** | **Payment of invoices for services rendered in connection with bankruptcy planning and other misc. legal services** | **Multiple** | **$38,485.00** |
| **Email or website address**<br>**jbank@kerr-russell.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2.   **Kerr, Russell and Weber, PLC**<br>**500 Woodward Avenue**<br>**Suite 2500**<br>**Detroit, MI 48226** | **Retainer for bankruptcy engagement** | | **$25,000.00** |
| **Email or website address**<br>**jbank@kerr-russell.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.3.   **Kerr, Russell and Weber, PLC**<br>**500 Woodward Avenue**<br>**Suite 2500**<br>**Detroit, MI 48226** | **Bankruptcy Court filing fee** | **3/31/2026** | **$1,738.00** |
| **Email or website address**<br>**jbank@kerr-russell.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

26-43351-tjt    Doc 28    Filed 04/02/26    Entered 04/02/26 14:29:55    Page 14 of 21

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1  **Vanessa M. Allen c/o James P. Allen 211 West Fort Street Suite 1410 Detroit, MI 48226** | **Settlement Agreement** | **9/09/2025** | **$7,500.00** |
| **Relationship to debtor Former Employee** | | | |

---

### Part 7:  Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

  ☐ No Go to Part 10.
  ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **The Community House Tax Deferred Savings Plan** | EIN: **381256004** |

  Has the plan been terminated?
  ☐ No
  ■ Yes

  ■ No Go to Part 10.
  ☐ Yes. Fill in below:

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

26-43351-tjt   Doc 28   Filed 04/02/26   Entered 04/02/26 14:29:55   Page 15 of 21

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of Ann Arbor**<br>**33583 Woodward Avenue**<br>**Birmingham, MI 48009** | **XXXX-1276** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/6/2026** | **$770.61** |
| 18.2. | **PNC**<br>**34953 Woodward Avenue**<br>**Birmingham, MI 48009** | **XXXX-0036** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/13/2026** | **$447.12** |
| 18.3. | **Bank of Ann Arbor**<br>**33583 Woodward Avenue**<br>**Birmingham, MI 48009** | **XXXX-3711** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/06/2025** | **$58.68** |
| 18.4. | **Bank of Ann Arbor**<br>**33583 Woodward Avenue**<br>**Birmingham, MI 48009** | **XXXX-1664** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/06/2025** | **$5,245.34** |
| 18.5. | **Bank of Ann Arbor**<br>**33583 Woodward Avenue**<br>**Birmingham, MI 48009** | **XXXX-1870** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/06/2026** | **$28,125.69** |
| 18.6. | **Bank of Ann Arbor**<br>**33583 Woodward Avenue**<br>**Birmingham, MI 48009** | **XXXX-3729** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/02/2025** | **$75,095.30** |
| 18.7. | **Schwabs Investment Account**<br>**DeRoy and Devereaux**<br>**40705 Woodward Avenue**<br>**Suite 150**<br>**Bloomfield Hills, MI 48304** | **XXXX-8271** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other <u>**Investment Account**</u> | **3/03/2026** | **$2,063.10** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.8. | **Schwabs Investment Account**<br>**DeRoy and Devereaux**<br>**40705 Woodward Avenue**<br>**Suite 150**<br>**Bloomfield Hills, MI 48304** | **XXXX-6687** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Investment Account** | **3/03/2026** | **$0.01** |
| 18.9. | **Chief Financial Credit Union**<br>**20 S. Main Street**<br>**Rochester, MI 48307** | **XXXX-9684** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/19/2026** | **$1,661.09** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **National Storage Company**<br>**313 E. Hudson Avenue**<br>**Royal Oak, MI 48067** | **N/A** | **Historical records, classroom equipment, misc. furniture** | ■ No<br>☐ Yes |
| **Public Storage**<br>**5060 Coolidge Hwy.**<br>**Royal Oak, MI 48073** | **N/A** | **ECC toys, divider walls for events** | ■ No<br>☐ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Gordon Advisors, P.C.** **1301 West Long Lake Road** **Suite 200** **Troy, MI 48098** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Gordon Advisors, P.C.**<br>**1301 West Long Lake Road**<br>**Suite 200**<br>**Troy, MI 48098** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Gordon Advisors, P.C.**<br>**1301 West Long Lake Road**<br>**Suite 200**<br>**Troy, MI 48098** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Charitable Trust Section**<br>**Michigan Dept. of Attorney General**<br>**P.O. Box 30214**<br>**Lansing, MI 48909** |
| 26d.2.   **Chief Financial Credit Union**<br>**20 S. Main Street**<br>**Rochester, MI 48307** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jacob Taylor | | Chair of Board | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Camille Jayne | | Vice Chair of Board | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Susan Sarkesian | | Treasurer | N/A |

26-43351-tjt   Doc 28   Filed 04/02/26   Entered 04/02/26 14:29:55   Page 19 of 21

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alison Gaudreau | | President | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Deric Righter | | Director | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mallory Kallabat | | Director | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Heather Rindels | | Director | N/A |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rosie Koul | | Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brad Wolf | | President | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ryan Polk | | Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Matthew McCormick | | Secretary | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Will Neef | | Director | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Alison Gaudreau** | **$132,692.29** | **April 2025-April 2026** | **Salary** |
| **Relationship to debtor** **President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  2, 2026**

**/s/ Alison Gaudreau**                      **Alison Gaudreau**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes