UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**THE COMMUNITY HOUSE ASSOCIATION, BIRMINGHAM, MICHIGAN,**

Case No. 26-43351-tjt
Chapter 11
Judge Thomas J. Tucker

Debtor.

**STATEMENT OF CONSENT OF THE UNITED STATES TRUSTEE TO ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF KERR, RUSSELL AND WEBER, PLC AS COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

The Office of the United States Trustee consents to the entry of the proposed

Order Authorizing the Employment and Retention of Kerr, Russell and Weber, PLC

as Debtor's Counsel in the above-referenced case, in the form substantially attached

hereto as **Exhibit A**.

**ANDREW R. VARA,**
**UNITED STATES TRUSTEE**
**Regions 3 and 9**

Dated: April 10, 2026

*/s/Timothy Graves*
Timothy Graves
Trial Attorney
Office of the U.S. Trustee
211 W. Fort St., Ste. 700
Detroit, MI 48226
(313) 226-7999
Timothy.Graves@usdoj.gov

# EXHIBIT A

## PROPOSED ORDER

---

In re:

**THE COMMUNITY HOUSE ASSOCIATION, BIRMINGHAM, MICHIGAN,**

Debtor.

Case No. 26-43351-tjt
Chapter 11
Judge Thomas J. Tucker

---

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF KERR, RUSSELL AND WEBER, PLC AS DEBTOR'S COUNSEL

This matter having come before this Court upon the *Debtor's Application for Order Authorizing Retention and Employment of Kerr, Russell and Weber, PLC as Counsel* (the "Application"), which was filed with this Court pursuant to § 327(a) of the United States Bankruptcy Code; the Court has reviewed the Declaration of Jason W. Bank, Esq. and has determined that the Application satisfies the requirements of §§ 101(14), 327 and 330 of the Bankruptcy Code and Rules of Bankruptcy Procedure 2014 and 5002; and the Court being fully advised in the premises;

**IT IS THEREFORE ORDERED THAT:**

1. The Debtor's Application is GRANTED;

2. The Debtor is authorized to employ Kerr, Russell and Weber, PLC consistent with the terms of this Order;

3. Kerr, Russell, and Weber, PLC shall be compensated for its services

only as authorized by the Court.