# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 26−43351−tjt
Chapter: 11

In Re: (NAME OF DEBTOR(S))
The Community House Association,
Birmingham, Michigan
dba The Community House, dba The
Community House Association, fdba
Birmingham Downs, fdba Bates Street
Society, fdba 21st Century Leaders
380 South Bates
Birmingham, MI 48009

Social Security No.:


Employer's Tax I.D. No.:
38−1256004

---

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*38* – Notice of Appearance and Request for Notice Filed by Attorney Brien Heckman. (Heckman, Brien)

ECF Procedure 12(h) Certificate of Service Required − Certificate of Service must have its own caption and can be filed as one PDF.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing

- ☐ Acceptable List of Creditors Not Uploaded

- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)

- ☐ Application for Individuals to Pay the Filing Fee in Installments Missing or Non−Compliant

- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant

- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant

- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing or Non−Compliant

- ☐ Brief Missing

- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing

- ☐ Chapter 13 Plan is Non−Compliant

- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)

- ☐ Docket or Proof of Claim Number Missing

- ☐ Electronic Signature does not match login

- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)

- ☐ List of 20 Largest Unsecured Creditors Missing

- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing

☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing

☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing

☐ Notice of Objection to Claim Missing or Non−Compliant

☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant

☐ Notice to Respondent Missing or Non−Compliant

☐ Original Signature Missing or Non−Compliant

☐ Petition Non−Compliant (To be filed in its entirety)

☑ Proof of Service Missing or Non−Compliant

☐ Proposed Order Missing

☐ Redacted Document Missing or Non−Compliant

☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant

☐ Statement of Corporate Ownership Missing

☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 4/14/26

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court