**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

**In Re**:

THE COMMUNITY HOUSE
ASSOCIATION,
BIRMINGHAM, MICHIGAN

        Debtor.

Case no.  26-43351
Ch.        11
Judge:   Thomas J. Tucker

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Jaye C. Quadrozzi of Varnum LLP appears as counsel for The City of Birmingham, Michigan and pursuant to F. R. Bankr. P. 2002 and 9010 requests that all notices given or required to be given the above case, and all papers served in the above case be given to and served upon the following:

Jaye C. Quadrozzi
VARNUM LLP
480 Pierce Street, Suite 300
Birmingham, MI 48009
(248) 567-7800
jcquadrozzi@varnumlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, facsimile, email or otherwise, that effects the Debtor or property of the Debtor.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of The City of Birmingham, Michigan's rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity; all of which rights, claims, actions, defenses, setoffs and recoupments to which The City of Birmingham, Michigan expressly reserve.

Respectfully submitted,

VARNUM LLP

By: */s/ Jaye Quadrozzi*
Brendan G. Best (P66370)
Jaye C. Quadrozzi (P71646)
480 Pierce Street, Suite 300
Birmingham, MI 48009
(248) 567-7800
bgbest@varnumlaw.com
jcquadrozzi@varnumlaw.com

*Attorneys for The City of
Birmingham, Michigan*

Dated: April 15, 2026

26-43351-tjt  Doc 40  Filed 04/15/26  Entered 04/15/26 09:25:47  Page 2 of 3

**In Re**:

THE COMMUNITY HOUSE
ASSOCIATION,
BIRMINGHAM, MICHIGAN

     Debtor.

Case no.  26-43351
Ch.      11
Judge:   Thomas J. Tucker

## CERTIFICATE OF SERVICE

I, JAYE C. QUADROZZI, do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice on this 15th day of April 2026.

Respectfully submitted,

VARNUM LLP

By: */s/ Jaye Quadrozzi*
    Brendan G. Best (P66370)
    Jaye C. Quadrozzi (P71646)
    480 Pierce Street, Suite 300
    Birmingham, MI 48009
    (248) 567-7800
    bgbest@varnumlaw.com
    jcquadrozzi@varnumlaw.com

    *Attorneys for The City of*
    *Birmingham, Michigan*

Dated: April 15, 2026