UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In Re:

THE COMMUNITY HOUSE
ASSOCIATION,
BIRMINGHAM, MI

     Debtor.

Case No. 26-43351
Ch. 11
Judge: Thomas J. Tucker

_____/

## <u>NOTICE OF APPEARANCE AND REQUEST FOR<br>SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that Assistant Attorney General Brien Heckman of

the Michigan Department of Attorney General files this Notice of Appearance and

Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. §1109(b)

and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully

requests that the Clerk place counsel listed below in the matrix so as to receive all

documents, pleadings and exhibits in this case, and that all notices given or required to

be served in this case can be served upon the undersigned at the address listed below.

Respectfully submitted,

By: */s/ Brien Heckman*
Brien Heckman (P76006)
Assistant Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
(517) 335-7632
Heckmanb1@michigan.gov

Dated: April 16, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In Re:

THE COMMUNITY HOUSE
ASSOCIATION,
BIRMINGHAM, MI

     Debtor.

Case No. 26-43351
Ch. 11
Judge: Thomas J. Tucker

_____/

## **CERTIFICATE OF SERVICE**

     Brien Heckman, being first duly sworn deposes and says that on April 3, 2026,

he filed the foregoing Notice of Appearance and Request for Service of Papers with the

Clerk of the Court using the Court's electronic filing system which will electronically

serve all parties of record.

<div style="margin-left: 50%;">

By: */s/ Brien Heckman*
Brien Heckman (P76006)
Assistant Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
(517) 335-7632
Heckmanb1@michigan.gov

</div>

Dated: April 16, 2026