# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

**THE COMMUNITY HOUSE ASSOCIATION, BIRMINGHAM, MICHIGAN,**

Case No. 26-43351-tjt
Chapter 11
Judge Thomas J. Tucker

　　　Debtor.

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF KERR, RUSSELL AND WEBER, PLC AS DEBTOR'S COUNSEL

This case is before the Court on the Debtor's application for an order authorizing retention and employment of Kerr, Russell and Weber, PLC as Counsel (Docket # 9, the "Application"), which was filed with this Court under § 327(a) of the United States Bankruptcy Code. The Court has reviewed the Declaration of Jason W. Bank, has determined that the Application satisfies the requirements of §§ 101(14), 327 and 330 of the Bankruptcy Code and Rules of Bankruptcy Procedure 2014 and 5002. The Court finds good cause to enter this Order.

**IT IS ORDERED THAT:**

1. The Application is granted.

2. The Debtor is authorized to employ Kerr, Russell and Weber, PLC consistent with the terms of this Order.

3. Kerr, Russell, and Weber, PLC will be compensated for its services

only as authorized by the Court.

Signed on April 17, 2026



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge