UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:                                                  Case No. 26-43351-TJT

THE COMMUNITY HOUSE                    Chapter 11
ASSOCIATION, BIRMINGHAM,
MICHIGAN,

          Debtor(s).                               Hon. Thomas J. Tucker
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES**

TO:   Clerk of the Court                          Ricardo I. Kilpatrick
     US Bankruptcy Court                     Kilpatrick & Associates
     211 W. Fort Street                         1030 Doris, Ste 200
     Suite 2100                                 Auburn Hills, MI  48326
     Detroit, MI 48226
                             Jason W. Bank
                             Kerr, Russell and Weber PLC
                             500 Woodward Ave, Ste 2500
                             Detroit, MI  48226

       PLEASE ENTER THE APPEARANCE of Heather L. Donald, Assistant Attorney General, as attorney for the State of Michigan, Department of Treasury, in the above-titled case.  This appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.  Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                             */s/  Heather L. Donald*
                             Heather L. Donald  (P57351)
                             Assistant Attorney General
                             Cadillac Place Building
                             3030 W. Grand Blvd. Ste. 10-200
                             Detroit, MI 48202
                             Telephone: (313) 456-0140
                             E-Mail: donaldh@michigan.gov

Dated: April 29, 2026