# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

**Case Name:** The Community House Association, Birmingham, Michigan        **Case No.:** 26-43351-tjt

## DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:

❑ **Amendment to Petition:**
 ❑ Name ❑ Debtor(s) Mailing Address ❑ Alias
 ❑ Signature ❑ Complying with Order Directing the Filing of Official Form(s)

❑ **Summary of Your Assets and Liabilities and Certain Statistical Information**

☒ **Statement of Financial Affairs**

☒ **Schedules and List of Creditors:**

☒ Schedule A/B

❑ Schedule C ❑ Debtor 2 Schedule C

☒ List of Creditors ❑ Schedule D ❑ Schedule E/F and

 ❑ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or

 ☒ Change address of a creditor already on the List of Creditors – **No Fee Required**

☒ Schedule G

❑ Schedule H

❑ Schedule I

❑ Schedule J

❑ Schedule J-2

❑ Declaration About an Individual Debtor's Schedules

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):**

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| **Date: April 29, 2026** | **Signature /s/ *Danielle M. Love*** |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date: April 29, 2026** | **Signature /s/ *Alison Gaudreau*** |

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**

Allison Kim

7767 Elm Creek Blvd.

Maple Grove, MN 55311

**PLEASE CHANGE TO:**

Allison Kim

7767 Elm Creek Blvd., Suite 210

Maple Grove, MN 55369

**PREVIOUS NAME/ADDRESS OF CREDITOR:**

**PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**

**PLEASE CHANGE TO:**

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:**

**ADDRESS:**

**NAME OF CREDITOR:**

**ADDRESS:**

**NAME OF CREDITOR:**

**ADDRESS:**

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

| | |
|---|---|
| Debtor name | **The Community House Association, Birmingham, Michigan** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | 26-43351-tjt |

■ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2.    **Cash on hand** | **$512.95** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Pinnacle** | **Checking** | **2847** | **$415,947.67** |
| 3.2. | **Plante Moran - Money Market Account held for Debtor as Beneficiary** | **Named "Proctor Charitable Remainder Trust UAD December 22, 2000"** | **2017** | **$44,464.12** |
| 3.3. | **Bank of Ann Arbor** | **Checking** | **1442** | **$3,079.07** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$464,003.81**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

26-43351-tjt    Doc 51    Filed 04/29/26    Entered 04/29/26 13:21:35    Page 3 of 38

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Community House Early Childhood Center** | **$79,042.50** |
| 7.2. | **Community House Banquets and Catering** | **$74,494.70** |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepayment on general liability insurance policy for February 2026 - April 2026. Held by Philadelphia Insurance.** | **$12,244.96** |
| 8.2. | **Prepayment on D & O insurance policy for March 2026 - April 2026. Held by Travelers Insurance.** | **$888.83** |
| 8.3. | **Prepayment on cyber liability insurance policy for March 2026 - April 2026. Held by Acrisure.** | **$367.83** |
| 8.4. | **Insurance check for settlement with former employee (William Seklar). Held by the Community House.** | **$25,000.00** |

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

**$192,038.82**

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11b. Over 90 days old:    **19,885.46** - **14,987.95** =.... **$4,897.51**
                  face amount                doubtful or uncollectible accounts

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$4,897.51**

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies Kitchen inventory - asset list available upon request** | 3/11/2026 | $0.00 | Recent cost | $15,931.47 |
| | **Beverage and alcohol inventory for hospitality - asset list available upon request** | 3/11/2026 | $0.00 | Recent cost | $24,585.14 |

23. **Total of Part 5.**                                                        $40,516.61

   Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| | Asset list attached. | $158,970.57 | Recent cost | $158,970.57 |

40. **Office fixtures**
**Included in response to 39.** | $0.00 | | $0.00

41. **Office equipment, including all computer equipment and communication systems equipment and software**
**Included in response to 39.** | $0.00 | | $0.00

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | | |
| --- | --- | --- | --- | --- |
| 42.1. | **Baboon with mandolin sculpture** | $235,000.00 | **Appraisal** | $235,000.00 |
| 42.2. | **Baboon with chimpanzee sculpture** | $215,000.00 | **Appraisal** | $215,000.00 |
| 42.3. | **Piano** | $5,000.00 | **Appraisal** | $5,000.00 |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86. | $613,970.57

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Kitchen equipment - included in response to 39** | $0.00 | | $0.00 |

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 4

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **380 S. Bates Street, Birmingham, MI 48009** | **Fee simple** | **$7,040,000.00** | **Appraisal - 8/24** | **$7,040,000.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$7,040,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |

| | | |
|---|---|---|
| www.communityhouse.com<br>www.tchserves.org<br>www.communityhousehelps.org<br>communityhousefoundation.org<br>bacommunityfoundation.org | $0.00     Recent cost | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**
    **ECC list, corporate customers**     $0.00           $0.00

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    **Unused net operating loss carry forward in the amount of $2,107,248 as reported on IRS Form 990-T for tax years 2004 - 2018. Value subject to realization uncertainty.**     Tax year **2004-2018**     **Unknown**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Chaldean American Social Service Advoates** | | **$2,490.00** |
|---|---|---|
| Nature of claim | A/R - Event | |
| Amount requested | $2,490.00 | |

| **Taylor Stadder** | | **$11,997.77** |
|---|---|---|
| Nature of claim | A/R - Event | |
| Amount requested | $11,997.77 | |

| **William Seklar** | | **Unknown** |
|---|---|---|
| Nature of claim | Civil | |
| Amount requested | $0.00 | |

| **Junior League of Birmingham** | | **$2,732.54** |
|---|---|---|
| Nature of claim | A/R - Event | |
| Amount requested | $2,732.54 | |

| **Project2** | | **$2,014.97** |
|---|---|---|
| Nature of claim | A/R - Event | |
| Amount requested | $2,014.97 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **Interest in Community House Endowment Fund held and administered by The Community Foundation of Southeast Michigan** — $1,571,925.00

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    $1,591,160.28

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

<div style="background:black;color:white;display:inline-block">Part 12:</div>  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $464,003.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $192,038.82 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,897.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $40,516.61 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $613,970.57 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................>* | | $7,040,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,591,160.28 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,906,587.60 | + 91b.   $7,040,000.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                     $9,946,587.60

Debtor name      **The Community House Association, Birmingham, Michigan**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF MICHIGAN

Case number (if known)      26-43351-tjt

■ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
| | State the term remaining | **7/17/2026** | **Alexandra Fus** **2289 Mayfair Drive** **White Lake, MI 48383** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
| | State the term remaining | **4/28/2026** | **Alexis Johnson** **P.O. Box 652** **Lapeer, MI 48446** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
| | State the term remaining | **Unknown** | **Alison Gaudreau** **7012 Peninsula Court** **Clarkston, MI 48346** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
| | State the term remaining | **5/19/2026** | **Allison Kim** **7767 Elm Creek Blvd.** **Suite 210** **Maple Grove, MN 55369** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **4/01/2026** | **Brad Wolf**<br>**442 S. Old Woodward**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **4/24/2026** | **Brother Rice High School**<br>**Attn: Donna Kramer**<br>**7101 Lahser Road**<br>**Bloomfield Hills, MI 48301** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **4/29/2026** | **Brother Rice High School**<br>**Attn: Geri Dunaway**<br>**7101 Lahser Road**<br>**Bloomfield Hills, MI 48301** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **6/11/2026** | **Corewell Health Emergency Medicine Residency Program**<br>**Attn: Dustin Hernandez**<br>**3601 West 13 Mile Road**<br>**Royal Oak, MI 48073** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **6/12/2026** | **Corewell Health Interventional Radiology Residency Program**<br>**Attn: Heidi Gorske**<br>**3601 West 13 Mile Road**<br>**Royal Oak, MI 48073** |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **4/12/2026** | **Donna Rudofski**<br>**3108 Cross Vine Lane**<br>**Summerville, SC 29483** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **4/30/2026** | **Doreen Wright**<br>**16055 West 12 Mile Road**<br>**Southfield, MI 48076** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **6/07/2026** | **Elaine Fieldman**<br>**350 Woodland Villa Court**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **4/19/2026** | **Elizabeth Carpenter**<br>**1213 Genesee Drive**<br>**Royal Oak, MI 48073** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **5/23/2026** | **Elizabeth Timoszyk**<br>**1429 Chesapeake**<br>**Royal Oak, MI 48067** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Elizabeth Wieske**<br>**107 Mark Drive**<br>**Mount Clemens, MI 48043** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **4/18/2026** | **FAR Therapeutic Arts and Recreation**<br>**1669 W. Maple Road**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Grace Wolf**<br>**615 Kimberly Street**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
|---|---|---|---|
| | State the term remaining | **6/30/2026** | **Greg White**<br>**14440 Carlisle Street**<br>**Detroit, MI 48205** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **6/05/2026** | **Hannah Farnung**<br>**8875 Birkhill Drive**<br>**Sterling Heights, MI 48314** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **5/16/2026** | **Heather Guise**<br>**1424 Dorchester**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **5/12/2026** | **Industrial Fasteners Institute**<br>**Attn: Maggie Mitchell**<br>**6363 Oak Tree Blvd.**<br>**Independence, OH 44131** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **4/16/2026** | **Jana Eckart**<br>**151 Martin Street**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **5/07/2026** | **Jana Eckart**<br>**151 Martin Street**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **6/04/2026** | **Jana Eckart**<br>**151 Martin Street**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Retention Bonus Agreement**

State the term remaining — **Unknown**

List the contract number of any government contract

Jena Blackwell
8421 Warren Blvd.
Center Line, MI 48015

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **6/16/2026**

List the contract number of any government contract

Jennifer Kuczynski
3168 Canna Lily Place
Clermont, FL 34711

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Retention Bonus Agreement**

State the term remaining — **Unknown**

List the contract number of any government contract

Jennifer Zimmerman
32919 Gallo Lane
Warren, MI 48093

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **4/26/26**

List the contract number of any government contract

Jill Gafken
22927 Linne St.
Clinton Township, MI 48035

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Retention Bonus Agreement**

State the term remaining — **6/5/2026**

List the contract number of any government contract

Josephine Soliman
3566 San Mateo Road
Waterford, MI 48329

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Retention Bonus Agreement**

State the term remaining — **6/05/2026**

List the contract number of any government contract

**Julie Serra**
**38546 Arcola Drive**
**Sterling Heights, MI 48312**

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **5/20/2026**

List the contract number of any government contract

**Junior League of Birmingham**
**Attn: Sarah-Grace Motley**
**220 S. Main Street**
**Suite 36**
**Royal Oak, MI 48067**

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **4/15/2026**

List the contract number of any government contract

**Junior League of Birmingham**
**Attn: Sarah-Grace Motley**
**220 S. Main Street**
**Suite 36**
**Royal Oak, MI 48067**

---

**2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **4/23/2026**

List the contract number of any government contract

**Justin Walker**
**21700 Northwestern Hwy.**
**Suite 900**
**Southfield, MI 48075**

---

**2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Retention Bonus Agreement**

State the term remaining — **Unknown**

List the contract number of any government contract

**Karen Stephens**
**5358 Abington Drive**
**Troy, MI 48085**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Retention Bonus Agreement**

State the term remaining — **7/17/2026**

List the contract number of any government contract

**Kathie Ninneman**
**2630 Douglas Drive**
**Bloomfield Hills, MI 48304**

---

**2.36.** State what the contract or lease is for and the nature of the debtor's interest — **Retention Bonus Agreement**

State the term remaining — **7/17/2026**

List the contract number of any government contract

**Kayla Sondey**
**124 E. Harrington Road**
**Croswell, MI 48422**

---

**2.37.** State what the contract or lease is for and the nature of the debtor's interest — **Retention Bonus Agreement**

State the term remaining — **7/17/2026**

List the contract number of any government contract

**Kelvin Colvard Jr.**
**25805 Stonycroft Drive**
**Southfield, MI 48033**

---

**2.38.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **6/14/2026**

List the contract number of any government contract

**Kornelia Papas**
**571 W. Merrill Street**
**Birmingham, MI 48009**

---

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **4/12/2026**

List the contract number of any government contract

**Kristen Nonahal**
**4242 Normanwood**
**West Bloomfield, MI 48323**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
| --- | --- | --- | --- |
| | State the term remaining | **Unknown** | **Kyler Williams** |
| | List the contract number of any government contract | | **25766 Deborah** |
| | | | **Redford, MI 48239** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
| --- | --- | --- | --- |
| | State the term remaining | **6/04/2026** | **Labor & Employment Law Section** |
| | | | **State Bar of Michigan Attn: Thomas Davis** |
| | | | **280 N. Old Woodward Avenue** |
| | List the contract number of any government contract | | **Suite 400** |
| | | | **Birmingham, MI 48009** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
| --- | --- | --- | --- |
| | State the term remaining | **4/26/2026** | **Lauren Crummel** |
| | List the contract number of any government contract | | **2931 Woodslee Drive** |
| | | | **Royal Oak, MI 48073** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
| --- | --- | --- | --- |
| | State the term remaining | **6/26/2026** | **Lauren Johnston** |
| | List the contract number of any government contract | | **2171 Bacon Avenue** |
| | | | **Berkley, MI 48072** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
| --- | --- | --- | --- |
| | State the term remaining | **5/14/2026** | **Leadership Oakland** |
| | | | **Attn: Shannon Cain** |
| | | | **790 Joslyn Avenue** |
| | List the contract number of any government contract | | **2nd Floor** |
| | | | **Pontiac, MI 48340** |

26-43351-tjt   Doc 51   Filed 04/29/26   Entered 04/29/26 13:21:35   Page 19 of 38

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.45.** State what the contract or lease is for and the nature of the debtor's interest — **Retention Bonus Agreement**

State the term remaining

List the contract number of any government contract

**Lindsey Eliason**
**927 Millpond Court**
**Northville, MI 48167**

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **5/29/2026**

List the contract number of any government contract

**Love Team Tessa**
**Attn: Karin Prothero**
**4462 Samoset**
**Royal Oak, MI 48073**

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **6/07/2026**

List the contract number of any government contract

**Malinda Mansour**
**40602 Riverbend Drive**
**Sterling Heights, MI 48310**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contact**

State the term remaining — **6/19/2026**

List the contract number of any government contract

**Manveen Saluja**
**1767 Alexander Drive**
**Bloomfield Hills, MI 48302**

---

**2.49.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **6/20/2026**

List the contract number of any government contract

**Manveen Saluja**
**1767 Alexander Drive**
**Bloomfield Hills, MI 48302**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
|---|---|---|---|
| | State the term remaining | **7/17/2026** | **Marc Danysh**<br>**261 Golfcrest**<br>**Dearborn, MI 48124** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
|---|---|---|---|
| | State the term remaining | **7/17/2026** | **Maria Scarvelis**<br>**36663 Woodward Avenue**<br>**Apt. 104**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **6/10/2026** | **Marygrace Dickson**<br>**767 Hanna Street**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **6/28/2026** | **Melissa Foster**<br>**1495 Shipman Blvd.**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Namita Mohan**<br>**1895 Enterprise Drive**<br>**Troy, MI 48083** |
| | List the contract number of any government contract | | |

26-43351-tjt    Doc 51    Filed 04/29/26    Entered 04/29/26 13:21:35    Page 21 of 38

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Nykia Mitchell**<br>**22434 Avon Lane**<br>**Southfield, MI 48075** |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **4/16/2026** | **Oakland County Bar Association**<br>**Attn: Jennifer Quick**<br>**1760 S. Telegraph Road**<br>**Suite 100**<br>**Bloomfield Hills, MI 48302** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **6/03/2026** | **Oakland County Bar Association**<br>**Attn: Jennifer Quick**<br>**1760 S. Telegraph Road**<br>**Suite 100**<br>**Bloomfield Hills, MI 48302** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **5/06/2026** | **Optimist Club**<br>**Attn: Rose Falberg**<br>**31574 E. Bellvine Trail**<br>**Beverly Hills, MI 48025** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **4/14/2026** | **Pamela Ayres**<br>**1669 West Maple**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Event Contract** | |
|---|---|---|---|
| | State the term remaining | **5/12/2026** | **Pamela Ayres**<br>**1669 West Maple**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
|---|---|---|---|
| | State the term remaining | **7/17/2026** | **Patricia Jerzy**<br>**1802 S. Hill Blvd.**<br>**Bloomfield Hills, MI 48304** |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
|---|---|---|---|
| | State the term remaining | **7/17/2026** | **Ramiz Babacic**<br>**2018 Hazel Street**<br>**Birmingham, MI 48009** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
|---|---|---|---|
| | State the term remaining | **7/17/2026** | **Reubin Fleming**<br>**19726 Greydale Avenue**<br>**Detroit, MI 48219** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Retention Bonus Agreement** | |
|---|---|---|---|
| | State the term remaining | **7/17/2026** | **Ryan Friedrich**<br>**269 Ridgemont Road**<br>**Grosse Pointe, MI 48236** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.65.** State what the contract or lease is for and the nature of the debtor's interest — **Retention Bonus Agreement**

State the term remaining — **7/17/2026**

List the contract number of any government contract

**Samantha Chopp**
**2222 E. Farnum**
**Royal Oak, MI 48067**

---

**2.66.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **5/17/2026**

List the contract number of any government contract

**Sandra Elias**
**2483 Trevor Drive**
**Commerce Township, MI 48390**

---

**2.67.** State what the contract or lease is for and the nature of the debtor's interest — **Retention Bonus Agreement**

State the term remaining — **6/05/2026**

List the contract number of any government contract

**Sarah Schuster**
**26305 Lorenz Street**
**Madison Heights, MI 48071**

---

**2.68.** State what the contract or lease is for and the nature of the debtor's interest — **Listing Agreement for Sale**

State the term remaining — **Unknown**

List the contract number of any government contract

**Savills, Inc.**
**Attn: Greg Bockart**
**213 Hamilton Row**
**Birmingham, MI 48009**

---

**2.69.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **4/23/2026**

List the contract number of any government contract

**Sheila Argue**
**312 Highland**
**Rochester, MI 48307**

26-43351-tjt    Doc 51    Filed 04/29/26    Entered 04/29/26 13:21:35    Page 24 of 38

| Debtor 1 | The Community House Association, Birmingham, Michigan | | Case number *(if known)* | 26-43351-tjt |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.70.** State what the contract or lease is for and the nature of the debtor's interest  **Event Contract**

State the term remaining  **4/17/2026**

List the contract number of any government contract

**Sherry Johnson**
**23917 Cass Avenue**
**Farmington, MI 48335**

**2.71.** State what the contract or lease is for and the nature of the debtor's interest  **Event Contract**

State the term remaining  **4/25/2026**

List the contract number of any government contract

**Sonny Cohn**
**5530 Helmsdale Blvd.**
**West Bloomfield, MI 48322**

**2.72.** State what the contract or lease is for and the nature of the debtor's interest  **Event Contract**

State the term remaining  **6/14/2026**

List the contract number of any government contract

**Stan Duschinsky**
**6033 Beachwood Drive**
**West Bloomfield, MI 48324**

**2.73.** State what the contract or lease is for and the nature of the debtor's interest  **Retention Bonus Agreement**

State the term remaining  **7/17/2026**

List the contract number of any government contract

**Tessa Said**
**1363 Webster Street**
**Birmingham, MI 48009**

**2.74.** State what the contract or lease is for and the nature of the debtor's interest  **Retention Bonus Agreement**

State the term remaining  **6/30/2026**

List the contract number of any government contract

**Timothy Hunt**
**5335 Timber Ridge Trail**
**Clarkston, MI 48346**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.75.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **6/27/2026**

List the contract number of any government contract

**Tracy Edelman
19861 Maplewood Street
Livonia, MI 48152**

---

**2.76.** State what the contract or lease is for and the nature of the debtor's interest — **Professional Employer Agreement**

State the term remaining — **3/6/2027**

List the contract number of any government contract

**Trion Solutions, Inc.
888 W. Big Beaver
Suite 100
Troy, MI 48084**

---

**2.77.** State what the contract or lease is for and the nature of the debtor's interest — **Retention Bonus Agreement**

State the term remaining — **7/17/2026**

List the contract number of any government contract

**Tyler Trudell
142 S. Avery Road
Waterford, MI 48328**

---

**2.78.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **5/06/2026**

List the contract number of any government contract

**Vangeline Fowler
35645 Old Homestead Drive
Farmington, MI 48335**

---

**2.79.** State what the contract or lease is for and the nature of the debtor's interest — **Event Contract**

State the term remaining — **5/27/2026**

List the contract number of any government contract

**YPO Greater Detroit Chapter
Attn: Julianne Connolly
1016 Bloomview Circle
Rochester, MI 48307**

Debtor name    **The Community House Association, Birmingham, Michigan**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    26-43351-tjt

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **7/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,882,207.85** |
| **For year before that:**<br>From **7/01/2024** to **6/30/2025** | ■ Operating a business<br>☐ Other _____ | **$3,763,017.53** |
| **For the fiscal year:**<br>From **7/01/2023** to **6/30/2024** | ■ Operating a business<br>☐ Other _____ | **$4,520,021.38** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **7/01/2025** to **Filing Date** | **Accounts Receivable** | **$1,175.32** |
| **For year before that:**<br>From **7/01/2024** to **6/30/2025** | **Accounts Receivable** | **$2,823.39** |
| **For the fiscal year:**<br>From **7/01/2023** to **6/30/2024** | **Accounts Receivable** | **$2,305.73** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|
   | 3.1.    **See attached ledger** | | **$566,673.10** | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1.    **William D. Seklar**<br>**411 N. Glengarry Road**<br>**Bloomfield Hills, MI 48301** | | **$101,956.34** | **Settlement** |
   | 4.2.    **Camille Jayne**<br>**4118 Bridlewood Road**<br>**Fallbrook, CA 92028** | | **$10,495.54** | **Expense reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

   **Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | City of Birmingham v. Debtor<br>25-219218 | Deed restriction enforcement | Oakland County Circuit Court<br>1200 N. Telegraph Road<br>Pontiac, MI 48341 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Aline Ann Daniel v. Debtor<br>26-220089 | Personal injury - premises liability | Oakland County Circuit Court<br>1200 N. Telegraph Road<br>Pontiac, MI 48341 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | William Seklar v. The Community House Foundation | Employment dispute (in mediation) | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Crooked Tree Arts Center<br>461 E. Mitchelle Street<br>Petoskey, MI 49770 | Sponsorship | 7/03/2024 | $10,000.00 |
| | Recipients relationship to debtor | | | |
| 9.2. | Corewell Health<br>26901 Beaumont Blvd., 5D<br>Southfield, MI 48033 | Sponsorship for Heart to Heart | 9/18/2024 | $10,000.00 |
| | Recipients relationship to debtor<br>Business Development | | | |
| 9.3. | Project 2<br>477 Lake Park Drive<br>Birmingham, MI 48009 | Workshop Scholarship | 1/22/2025 | $1,000.00 |
| | Recipients relationship to debtor<br>Nonprofit Partner | | | |
| 9.4. | FAR<br>1669 West Maple Road<br>Birmingham, MI 48009 | Gift card for art supplies | 1/22/2025 | $500.00 |
| | Recipients relationship to debtor<br>Nonprofit Partner | | | |

26-43351-tjt   Doc 51   Filed 04/29/26   Entered 04/29/26 13:21:35   Page 29 of 38

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.5. | **Women of Tomorrow**<br>**26913 Northwestern Hwy.**<br>**Suite 155**<br>**Southfield, MI 48033** | **Scholarship** | **2/19/2025** | **$750.00** |
| | **Recipients relationship to debtor**<br>**Nonprofit Partner** | | | |
| 9.6. | **Women of Tomorrow**<br>**26913 Northwestern Hwy.**<br>**Suite 155**<br>**Southfield, MI 48033** | **Scholarship** | **4/16/2025** | **$500.00** |
| | **Recipients relationship to debtor**<br>**Nonprofit Partner** | | | |
| 9.7. | **United Community Family Services**<br>**2033 Austin Drive**<br>**Troy, MI 48083** | **Dinners for 1,200 families of four** | **3/27/2025** | **$5,000.00** |
| | **Recipients relationship to debtor**<br>**Nonprofit Partner** | | | |
| 9.8. | **United Community Family Services**<br>**2033 Austin Drive**<br>**Troy, MI 48083** | **Dinners for food-insecure families** | **6/18/2025** | **$500.00** |
| | **Recipients relationship to debtor**<br>**Nonprofit Partner** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

26-43351-tjt  Doc 51  Filed 04/29/26  Entered 04/29/26 13:21:35  Page 30 of 38

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Kerr, Russell and Weber, PLC 500 Woodward Avenue Suite 2500 Detroit, MI 48226** | **Payment of invoices for services rendered in connection with bankruptcy planning and other misc. legal services** | **Multiple** | **$38,485.00** |
| **Email or website address jbank@kerr-russell.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **Kerr, Russell and Weber, PLC 500 Woodward Avenue Suite 2500 Detroit, MI 48226** | **Retainer for bankruptcy engagement** | | **$25,000.00** |
| **Email or website address jbank@kerr-russell.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.3. **Kerr, Russell and Weber, PLC 500 Woodward Avenue Suite 2500 Detroit, MI 48226** | **Bankruptcy Court filing fee** | **3/31/2026** | **$1,738.00** |
| **Email or website address jbank@kerr-russell.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|
| 13.1 **Vanessa M. Allen<br>c/o James P. Allen<br>211 West Fort Street<br>Suite 1410<br>Detroit, MI 48226**<br><br>**Relationship to debtor<br>Former Employee** | **Settlement Agreement** | **9/09/2025** | **$7,500.00** |

---

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **The Community House Tax Deferred Savings Plan** | EIN: **381256004** |

Has the plan been terminated?
☐ No
■ Yes

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

## 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of Ann Arbor**<br>**33583 Woodward Avenue**<br>**Birmingham, MI 48009** | **XXXX-1276** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/6/2026** | **$770.61** |
| 18.2. | **PNC**<br>**34953 Woodward Avenue**<br>**Birmingham, MI 48009** | **XXXX-0036** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/13/2026** | **$447.12** |
| 18.3. | **Bank of Ann Arbor**<br>**33583 Woodward Avenue**<br>**Birmingham, MI 48009** | **XXXX-3711** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/06/2025** | **$58.68** |
| 18.4. | **Bank of Ann Arbor**<br>**33583 Woodward Avenue**<br>**Birmingham, MI 48009** | **XXXX-1664** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/06/2025** | **$5,245.34** |
| 18.5. | **Bank of Ann Arbor**<br>**33583 Woodward Avenue**<br>**Birmingham, MI 48009** | **XXXX-1870** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/06/2026** | **$28,125.69** |
| 18.6. | **Bank of Ann Arbor**<br>**33583 Woodward Avenue**<br>**Birmingham, MI 48009** | **XXXX-3729** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/02/2025** | **$75,095.30** |
| 18.7. | **Schwabs Investment Account**<br>**DeRoy and Devereaux**<br>**40705 Woodward Avenue**<br>**Suite 150**<br>**Bloomfield Hills, MI 48304** | **XXXX-8271** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Investment Account** | **3/03/2026** | **$2,063.10** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.8. | **Schwabs Investment Account**<br>**DeRoy and Devereaux**<br>**40705 Woodward Avenue**<br>**Suite 150**<br>**Bloomfield Hills, MI 48304** | **XXXX-6687** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Investment Account** | **3/03/2026** | **$0.01** |
| 18.9. | **Chief Financial Credit Union**<br>**20 S. Main Street**<br>**Rochester, MI 48307** | **XXXX-9684** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/19/2026** | **$1,661.09** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **National Storage Company**<br>**313 E. Hudson Avenue**<br>**Royal Oak, MI 48067** | **N/A** | **Historical records, classroom equipment, misc. furniture** | ■ No<br>☐ Yes |
| **Public Storage**<br>**5060 Coolidge Hwy.**<br>**Royal Oak, MI 48073** | **N/A** | **ECC toys, divider walls for events** | ■ No<br>☐ Yes |

## Part 11:     Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **ECC Teachers** | **The Community House Association, ECC**<br>**380 S. Bates Street**<br>**Birmingham, MI 48009** | **School supplies owned by ECC teachers** | **Unknown** |

26-43351-tjt    Doc 51    Filed 04/29/26    Entered 04/29/26 13:21:35    Page 34 of 38

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Edward Treisman<br>3857 Lakeland Lane<br>Bloomfield Hills, MI 48302 | 380 S. Bates Street<br>Birmingham, MI 48009 | "Tin Man," "Small Bronze Baby," and "The Joy of Motherhood" sculptures.<br><br>"Balance of Nature," "Family: The Foundation of Society," and "Winging it" paintings. | Unknown |

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ■  No.
  ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■  No.
  ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■  No.
  ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
     Include this information even if already listed in the Schedules.

  ■  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
       ☐ None

---

26-43351-tjt    Doc 51    Filed 04/29/26    Entered 04/29/26 13:21:35    Page 35 of 38

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Gordon Advisors, P.C.**<br>**1301 West Long Lake Road**<br>**Suite 200**<br>**Troy, MI 48098** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Gordon Advisors, P.C.**<br>**1301 West Long Lake Road**<br>**Suite 200**<br>**Troy, MI 48098** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Gordon Advisors, P.C.**<br>**1301 West Long Lake Road**<br>**Suite 200**<br>**Troy, MI 48098** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Charitable Trust Section**<br>**Michigan Dept. of Attorney General**<br>**P.O. Box 30214**<br>**Lansing, MI 48909** |
| 26d.2. | **Chief Financial Credit Union**<br>**20 S. Main Street**<br>**Rochester, MI 48307** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jacob Taylor | | Chair of Board | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Camille Jayne | | Vice Chair of Board | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Susan Sarkesian | | Treasurer | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alison Gaudreau | | President | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Deric Righter | | Director | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mallory Kallabat | | Director | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Heather Rindels | | Director | N/A |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rosie Koul | | Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brad Wolf | | President | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ryan Polk | | Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Matthew McCormick | | Secretary | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Will Neef** | | **Director** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Alison Gaudreau** | **$132,692.29** | **April 2025-April 2026** | **Salary** |
| | **Relationship to debtor**<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 29, 2026**

**/s/ *Alison Gaudreau***                    **Alison Gaudreau**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes