In re:

**THE COMMUNITY HOUSE ASSOCIATION, BIRMINGHAM, MICHIGAN,**

Case No. 26-43351-tjt
Chapter 11
Judge Thomas J. Tucker

Debtor.

### EXHIBIT 7 TO DEBTOR'S MOTION FOR ENTRY OF ORDER AUTHORIZING PAYMENTS UNDER INDIVIDUAL <u>EMPLOYEE RETENTION AGREEMENTS</u>

The Community House Association, Birmingham, Michigan (the "<u>Debtor</u>"),

hereby submits Exhibit 7 to *Debtor's Motion for Entry of Order Authorizing*

*Payments under Individual Employee Retention Agreements* [Doc 54] (the

"<u>Motion</u>"), which is a chart summarizing all payments for which Debtor is seeking

approval in the Motion.

Dated: May 8, 2026

Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: /s/ *Danielle M. Love*
    Jason W. Bank (P54447)
    Danielle M. Love (P86248)
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
(313) 961-0200
jbank@kerr-russell.com
dlove@kerr-russell.com
*Counsel for Debtor and Debtor-In-Possession*

2

<u>**EXHIBIT 7**</u>

**SUMMARY OF EMPLOYEE RETENTION BONUSES**

**SUMMARY OF EMPLOYEE RETENTION BONUSES**

| Employee Name | Title | Bonus Amount |
|---|---|---|
| Lindsey Eliason | VP of Financial Services and Enrichment | $65,000.00 |
| Ryan Friedrich | Executive Chef | $50,000.00 |
| Timothy Hunt | General Manager | $52,083.00 |
| Tyler Trudell | Upkeep of facility | $6,630.00 |
| Greg White | Management of facility | $26,000.00 |
| Maria Scarvelis | Service to hospitality clients | $22,760.00 |
| Tessa Said | Service to hospitality clients | $1,665.00 |
| Jena Blackwell | ECC teacher | $1,736.50 |
| Namita Mohan | ECC teacher | $1,320.00 |
| Nykia Mitchell | ECC teacher | $1,320.00 |
| Karen Stephens | ECC teacher | $2,800.00 |
| Josephine Soliman | ECC leadership | $2,308.00 |
| Kyler Williams | ECC teacher | $1,280.00 |
| Julie Serra | ECC leadership | $2,080.00 |
| Elizabeth Wieske | ECC teacher | $1,539.00 |
| Grace Wolf | ECC teacher | $1,360.00 |
| Jennifer Zimmerman | ECC teacher | $1,760.00 |
| Patricia Jerzy | Management of facility | $19,968.00 |
| Sarah Schuster | ECC leadership | $20,000.00 |
| Kathie Ninneman | Stewardship for constituents and front desk manager | $21,000.00 |
| Marc Danysh | Sous Chef | $30,000.00 |
| Kayla Sondey | Prep Chef | $21,840.00 |
| Samantha Chopp | Service to hospitality clients | $27,400.00 |
| Reubin Fleming | Food and service for ECC events | $27,040.00 |
| Alexandra Fus | Service to hospitality clients | $20,000.00 |
| Kelvin Colvard Jr. | Upkeep of facility | $9,360.00 |
| Ramiz Babacic | Upkeep of facility | $9,620.00 |
| **TOTAL** | | **$447,869.50** |