In re:

THE COMMUNITY HOUSE ASSOCIATION,
BIRMINGHAM, MICHIGAN,

    Debtor

)
)
)
)
)
)
)

Case No. 26-43351-tjt
Chapter 11
Judge Thomas J. Tucker

---

### CERTIFICATE OF NO RESPONSE REGARDING DEBTOR'S MOTION FOR ENTRY OF ORDER AUTHORIZING PAYMENTS UNDER INDIVIDUAL EMPLOYEE RETENTION <u>AGREEMENTS</u>

Danielle M. Love, states as follows:

1. I am an attorney with the law firm of Kerr, Russell and Weber, PLC ("<u>Kerr Russell</u>"), counsel for Debtor, The Community House Association, Birmingham, Michigan ("<u>Debtor</u>"), in connection with the above-referenced matter. I make this certification upon personal knowledge. If called as a witness, I would testify to the facts herein.

2. On April 30, 2026, I filed *Debtor's Motion for Entry of Order Authorizing Payments under Individual Employee Retention Agreements* (the "<u>Motion</u>"), Doc 54.

3. All creditors and interested parties were severed with notice of the Motion, as evidenced by the Certificate of Service attached to the Motion.

4. No objections were filed to the Motion.

5.   Notwithstanding the foregoing, REJournals sent a letter to the Court, which was docketed as a response to the Motion (Doc. 69) and was subsequently struck by Order of the Court (Doc. 71). Undersigned counsel for the Debtor thereafter contacted REJournals to confirm its position regarding the Motion. REJournals confirmed to counsel that it has no objection to the Motion or the relief requested therein.

6.   Accordingly, Debtor respectfully requests entry of the Order attached as **Exhibit A**.

Dated: May 27, 2026                    **KERR, RUSSELL AND WEBER, PLC**


By:   */s/ Danielle M. Love*
        Danielle M. Love (P86248)
500 Woodward Ave., Suite 2500
Detroit, MI  48226
(313) 961-0200
dlove@kerr-russell.com
*Attorneys for Debtor*

2

# EXHIBIT A

## PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

**THE COMMUNITY HOUSE ASSOCIATION, BIRMINGHAM, MICHIGAN,**

Case No. 26-43351-tjt
Chapter 11
Judge Thomas J. Tucker

Debtor.

**ORDER AUTHORIZING PAYMENTS UNDER INDIVIDUAL EMPLOYEE RETENTION AGREEMENTS**

This matter having come before this Court upon the *Debtor's Motion for Entry of Order Authorizing Payments under Individual Employee Retention Agreements* (the "Motion") filed by The Community House Association, Birmingham, Michigan (the "Debtor"), pursuant to §§ 105(a), 363(b)(1), and 503(c)(3) of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 6004 of the Federal Rules of Bankruptcy Procedure; the Court having reviewed the Motion, the Declaration of Alison Gaudreau filed in support thereof (the "Declaration"), and the record in this Chapter 11 case; the Court having determined that the legal and factual bases set forth in the Motion and the Declaration establish just cause for the relief granted herein; the Court having found that the Retention Agreements[1] are

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

reasonable, reflect a sound exercise of the Debtor's business judgment, and are justified by the facts and circumstances of this Chapter 11 case; the Court having found that notice of the Motion was adequate and appropriate under the circumstances and that no further notice is required; and the Court having found that good and sufficient cause exists for the relief granted herein;

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is GRANTED as set forth herein;

2. The Debtor is authorized to honor its obligations under the Retention Agreements and to make payments due and owing thereunder to the Retention Agreement Participants in accordance with the terms of the respective Retention Agreements, including payment via direct deposit in each Retention Agreement Participant's final paycheck upon the conclusion of the applicable retention period.

3. The Retention Agreement Participants are non-insider employees of the Debtor within the meaning of 11 U.S.C. § 101(31), and the payments authorized herein are approved as reasonable and justified by the facts and circumstances of this Chapter 11 case pursuant to §§ 363(b)(1) and 503(c)(3) of the Bankruptcy Code.

4. Amounts paid to Retention Agreement Participants pursuant to this Order and the Retention Agreements shall constitute allowed administrative expenses of the Debtor's estate pursuant to § 503(b)(1)(A) of the Bankruptcy Code and shall be entitled to priority in accordance with § 507(a)(2) of the Bankruptcy

Code.

5.  Notice of the Motion as provided by the Debtor is hereby found to be adequate and sufficient under the circumstances of this Chapter 11 case, and no further notice of the relief granted herein is required.

6.  The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.  To the extent the Motion or any supporting papers are inconsistent with this Order, the terms of this Order shall control.

8.  The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

| | |
|---|---|
| In re: ) | |
| ) | Case No. 26-43351-tjt |
| **THE COMMUNITY HOUSE ASSOCIATION,** ) | Chapter 11 |
| **BIRMINGHAM, MICHIGAN** ) | Judge Thomas J. Tucker |
| ) | |
| Debtor. ) | |
| ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Danielle M. Love, hereby certify that on May 27, 2026, I electronically filed the *Certificate of No Response Regarding Debtor's Motion for Entry of Order Authorizing Payments under Individual Employee Retention Agreements* by using the Court's ECF system which sent notification of such filing to all counsel of record.

Dated: May 27, 2026                 Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By: /s/ *Danielle M. Love*
        Jason W. Bank (P54447)
        Danielle M. Love (P86248)
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
(313) 961-0200
jbank@kerr-russell.com
dlove@kerr-russell.com
*Counsel for Debtor and Debtor-In-Possession*