In re:                                              )
                                                    )      Case No.  26-43351-tjt
**THE COMMUNITY HOUSE ASSOCIATION,**     )      Chapter 11
**BIRMINGHAM, MICHIGAN,**                       )      Judge Thomas J. Tucker
                                                    )
      Debtor.                                       )
                                                    )

## ORDER AUTHORIZING DEBTOR TO EMPLOY SAVILLS INC. AS REAL ESTATE BROKER

This case is before the Court on the Debtor's application entitled "Debtor's Amended Application for Order Authorizing Employment of Savills Inc. as Real Estate Broker" (Docket # 64, the "Application").  The Court has reviewed the Declaration of Gregory Bockart (Ex. D to the Application), and the United States Trustee's Statement of Consent (Docket # 68), and the Court has determined that the Application satisfies the requirements of §§ 101(14), 327 and 330 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 5002.  The Court finds good cause to enter this Order.

**IT IS ORDERED THAT:**

1.      The Debtor's Application is granted.

2.      The Debtor is authorized to employ Savills Inc. consistent with the

terms of the Listing Agreement[1] and this Order.

3.    Savills Inc. will be compensated for its services only as authorized by the Court, which may include a request for payment out of proceeds of a sale of the Debtor's Property as part of a sale approval motion.

**Signed on May 29, 2026**



/s/ Thomas J. Tucker
_____

**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[1]  Capitalized terms used but not otherwise defined in this Order have the meanings ascribed to such terms in the Application.