# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

**THE COMMUNITY HOUSE ASSOCIATION, BIRMINGHAM, MICHIGAN,**

Case No. 26-43351-tjt
Chapter 11
Judge Thomas J. Tucker

    Debtor.

**ORDER DENYING THE DEBTOR'S EX-PARTE MOTION TO STRIKE "NOTICE OF ALTERNATIVE OFFER TO PURCHASE REAL PROPERTY, [ETC.]" FILED BY THE JULIE AND MARK PULTE CHARITABLE FOUNDATION**

This case is before this Court on the Debtor's motion filed on June 9, 2026, entitled "*Debtor's Ex-Parte Motion to Strike 'Notice of Alternative Offer to Purchase Real Property . . .' or Request for Expedited Hearing*" (Docket # 80, the "Motion"). The Court concludes that a hearing on the Motion is not necessary, and that it should be denied, subject to the terms of this Order. The Court finds good cause to enter this Order.

The Motion seeks an order striking the document filed on June 5, 2026 by the Julie and Mark Pulte Charitable Foundation ("Pulte"), entitled "Notice Of Alternative Offer To Purchase Property . . ." (Docket # 77, the "Pulte Notice").

The Court construes and will treat the Pulte Notice as an objection to the Debtor's motion filed May 20, 2026, entitled "Debtor's Motion For Entry Of

Order Authorizing The Sale Of Debtor's Property . . ." (Docket # 65, the "Sale Motion").  The Court has scheduled a hearing on the Sale Motion, to take place on June 17, 2026 at 12:00 noon.  That hearing date is two days after the June 15, 2026 deadline for any and all objections to be filed to the Sale Motion.  (To date, no objections or responses to the Sale Motion have been filed, other than the Pulte Notice.)

The Court declines to strike the Pulte Notice, as the Debtor's Motion requests.  That relief is not appropriate under the circumstances.  Rather, the Court will treat the Motion as a written response by the Debtor to the Pulte Notice, and will consider the Debtor's arguments in the Motion as arguments why the Debtor contends that the Court should overrule the Pulte objection to the Sale Motion, and grant the Sale Motion.  The Court will consider the Sale Motion, the Pulte Notice, and the Motion at the June 17 hearing, and will permit oral argument from counsel at that time.

Accordingly, and subject to the foregoing,

IT IS ORDERED that the Debtor's Motion (Docket # 80) is denied.

**Signed on June 9, 2026**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**