**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

**THE COMMUNITY HOUSE ASSOCIATION,**
**BIRMINGHAM, MICHIGAN,**

      Debtor.

Case No. 26-43351-tjt
Chapter 11
Judge Thomas J. Tucker

**ORDER GRANTING**
**DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE PLAN**

The Court has reviewed the Debtor's motion, entitled "Debtor's Motion to Extend Deadline to File Plan" (Docket # 70, the "Motion"). Notice of the Motion was served on all parties required to be served. No timely objections were filed to the Motion. The Court finds good cause to enter this Order.

**IT IS ORDERED THAT:**

1. The Motion is granted.

2. The deadline for the Debtor to file a plan is extended from June 24, 2026 to July 15, 2026.

3. The granting of this relief is without prejudice to Debtor's rights to seek further relief regarding the filing of a plan, dismissal of this case, or otherwise, on or before July 15, 2026.

**Signed on June 16, 2026**



/s/ Thomas J. Tucker

**Thomas J. Tucker**
**United States Bankruptcy Judge**