UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**THE COMMUNITY HOUSE ASSOCIATION,**
**BIRMINGHAM, MICHIGAN,**

Case No. 26-43351-tjt
Chapter 11
Hon. Thomas J. Tucker

      Debtor.

**EXHIBITS TO NOTICE OF ALTERNATIVE OFFER TO PURCHASE PROPERTY DESCRIBED IN DE 65, MOTION FOR ENTRY OF ORDER AUTHORIZING THE SALE OF DEBTOR'S PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS ENCUMBRANCES, AND INTERESTS (BUT SUBJECT TO PERMITTED EXCEPTIONS) AND FOR CERTAIN RELATED RELIEF.**

Attached are the demonstrative exhibits presented by the Julie and Mark Pulte Family Foundation at the hearing on June 17, 2026. Exhibit A is a comparison of the pending offers, and Exhibit B is a list of services the Julie and Mark Pulte Family Foundation intends to provide at the Community House if it is the successful bidder.

Respectfully Submitted,

BUTZEL LONG, P.C.

       /s/ Max J. Newman

By:    Max J. Newman (P51483)
Attorneys for the Julie and Mark Pulte Charitable Foundation
201 W. Big Beaver, Ste. 1200
Troy, MI 48084
(248) 258-2907
newman@butzel.com

DATED:    June 5, 2026