## SUMMARY OF OFFERS

| | Pulte 1st offer | City of Birmingham | Pulte 2nd offer |
|---|---|---|---|
| Purchase price (offer from buyer) | $4,500,000 | $5,200,000 | $5,500,000 |
| Less: seller credits to buyer | — | ($800,000) | — |
| Less: seller loan payoffs | ($2,300,000) | ($2,300,000) | ($2,300,000) |
| **Net to seller (501c)** | **$2,200,000** | **$2,100,000** | **$3,200,000** |

★ Pulte 2nd offer yields highest net to seller: $3,200,000