# Activities Supported at Community House

Julie and Mark Pulte Foundation — As Buyer (in accordance with Deed Restrictions)

*To mention just a few proposed activities of the Community House, often in association with charitable partners, and in all cases provided that they are cash-positive and/or have sufficient philanthropic support:*

## Impacting Lives Through Services

- Early Childhood Programs
- Youth Programs
- Volunteer Programs
- Civic Meetings
- Life Skills Workshops (job readiness, cooking, budgeting)
- Refugee and Immigrant Family Welcome Gatherings

## Charitable Endeavors and Partners

- Mental and Behavioral Health Programs
- Services to and for IDD Individuals
- Diaper Drives
- Food Pantry
- Veterans' Resource Fairs
- Addiction Recovery Meetings

## Social Events

- Men's Club Meetings
- Garden Club Meetings
- Non-profit Board Meetings
- Baby Showers
- Holiday Parties
- Monthly Social Gatherings and Holiday Celebrations

## Educational Events

- Lecture Series
- Ballet Lessons
- Cooking Lessons
- Inclusive Art and Music Programs open to people with IDD

## Cultural Events

- Art Shows
- Music Performances

## Private Events

- Weddings
- Wedding Receptions

Julie and Mark Pulte Foundation | Community House Activities Overview | In accordance with Deed Restrictions