In re:

**THE COMMUNITY HOUSE ASSOCIATION, BIRMINGHAM, MICHIGAN,**

      Debtor.

Case No. 26-43351-tjt
Chapter 11
Judge Thomas J. Tucker

_____/

### ORDER EXTENDING TIME FOR THE UNITED STATES TRUSTEE TO FILE OBJECTIONS TO DEBTOR'S SECOND MOTION FOR ENTRY OF ORDER AUTHORIZING PAYMENT UNDER INDIVIDUAL EMPLOYEE RETENTION AGREEMENT

Based on the stipulation filed June 29, 2026 (Docket # 110), the Court finds good cause to enter this Order.

**IT IS ORDERED** that the deadline for the United States Trustee to file objections to the Debtor's second motion for entry of order authorizing payment under individual employee retention agreement (Docket # 78) is extended to and including July 10, 2026.

**Signed on June 29, 2026**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**