In re:

**THE COMMUNITY HOUSE ASSOCIATION, BIRMINGHAM, MICHIGAN,**

Case No. 26-43351-tjt
Chapter 11
Judge Thomas J. Tucker

    Debtor.

**STIPULATION FOR ENTRY OF ORDER ALLOWING PROOF OF CLAIM NO. 6 FILED BY CREDITOR DETROIT IT, LLC AND RESOLVING POST-PETITION MATTERS BETWEEN THE PARTIES**

The Community House Association, Birmingham, Michigan (the "Debtor") and creditor Detroit IT, LLC ("Detroit IT"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On June 11, 2026, Detroit IT filed Proof of Claim No. 4 in this bankruptcy case, asserting an unsecured claim in the amount of $89,428.58 for contractual termination and transition fees (the "Original Claim").

2. On July 20, 2026, Detroit IT filed Proof of Claim No. 6, amending the Original Claim (the "Amended Claim"), which reduced the asserted amount to $64,428.58 to include only contractual termination fees. As of the date of this Stipulation, no objection to the Amended Claim has been filed.

3. The parties have engaged in discussions to resolve their issues relating to the Original Claim, as well as other matters relating to the Debtor's post-petition

relationship with Detroit IT.

4. Detroit IT has agreed to perform certain transition services for the Debtor, and the Debtor has agreed to pay Detroit IT for such post-petition services, each as more fully described in the Stipulated Order attached hereto as **Exhibit 1**.

5. The Debtor and Detroit IT have agreed to resolve the matters described above on the terms set forth in the Stipulated Order attached hereto as **Exhibit 1**.

**STIPULATED AND AGREED TO :**

| **KERR, RUSSELL AND WEBER, PLC** | **GOLD, LANGE, MAJOROS & SMALARZ, P.C.** |
|---|---|
| By:_ */s/ Danielle M. Love*_____ | By:__ */s/ Stuart A. Gold*_____ |
| Jason W. Bank (P54447) | Stuart A. Gold (P27766) |
| Danielle M. Love (P86248) | 24901 Northwestern Hwy., Suite 444 |
| 500 Woodward Avenue, Suite 2500 | Southfield, MI 48075 |
| Detroit, MI 48226 | (248) 350-8220 ext. 233 |
| (313) 961-0200 | (248) 340-3728 - fax |
| jbank@kerr-russell.com | sgold@glmpc.com |
| dlove@kerr-russell.com | *Attorney for Detroit IT, LLC* |
| *Counsel for Debtor* | |

## Exhibit 1

## STIPULATED ORDER

In re:

**THE COMMUNITY HOUSE ASSOCIATION,**
**BIRMINGHAM, MICHIGAN,**

Case No. 26-43351-tjt
Chapter 11
Judge Thomas J. Tucker

Debtor.

**STIPULATED ORDER ALLOWING PROOF OF CLAIM NO. 6 FILED BY**
**CREDITOR DETROIT IT, LLC AND RESOLVING POST-PETITION**
**MATTERS BETWEEN THE PARTIES**

This case is before the Court on the stipulation entitled "Stipulation for Entry of Order Allowing Proof of Claim No. 6 filed by Creditor Detroit IT, LLC and Resolving Post-Petition Matters Between the Parties" (the "Stipulation")[1] entered into by and among The Community House Association, Birmingham, Michigan (the "Debtor") and creditor Detroit IT, LLC ("Detroit IT"). Based on the Stipulation, the Court finds good cause to enter this Order.

**IT IS ORDERED THAT:**

1.      The Stipulation is approved.

2.      The parties acknowledge that Detroit IT has filed the Amended Claim in the reduced amount of $64,428.58. The Amended Claim is hereby allowed as a

---

[1] Capitalized terms not defined herein have the meanings set forth in the Stipulation.

general unsecured claim. Except as set forth in this Order, Detroit IT shall not be entitled to assert, and hereby waives, any further or additional claim, of any kind or nature, arising from or related to the Amended Claim.

3.      No later than 5:00pm on July 29, 2026 (the "Transition Services Date"), Detroit IT must complete the following transition services (collectively, the "Transition Services"): (a) provide a Global Administrator username and password to the Debtor for the Debtor's Microsoft 365 tenant(s); and (b) provide Debtor with authorization codes to allow the transfer of the following domain names to the Debtor: (i) commuityhouse.com; (ii) communityhousehelps.org; (iii) tchserves.org; and (iv) communityhousefoundation.org. Detroit IT shall reasonably cooperate with the Debtor to effectuate the foregoing.

4.      Prior to the Transition Services Date, Detroit IT shall submit an invoice to the Debtor in the amount of $7,500 (the "Transition Fee"). Payment of the Transition Fee shall be made by the Debtor by 12:00pm one business day prior to the Transition Services Date as payment in full for the Transition Services.

5.      Similarly, Detroit IT shall submit an invoice to the Debtor in the amount of $5,000 (the "Equipment Fee") for certain Detroit IT equipment provided to Debtor in connection with the services. Payment of the Equipment Fee shall be made by the Debtor by 12:00pm one business day prior to the Transition Services Date as payment in full for the equipment.

6. Effective upon (a) payment of the Amended Claim; (b) payment of the Transition Fee; (c) payment of the Equipment Fee; and (d) completion of the Transition Services: (i) Detroit IT, on behalf of itself and its successors and assigns, irrevocably waives, releases, and forever discharges the Debtor, its estate, and its respective officers, directors, employees, agents, and professionals from any and all claims, causes of action, damages, obligations, and liabilities of any kind or nature, whether known or unknown, liquidated or unliquidated, fixed or contingent, that Detroit IT had, has, or may have against the Debtor or its estate, whether arising prior to or after the petition date, other than the Debtor's obligations set forth in this Order; and (ii) the Debtor, on behalf of itself, its estate, and its successors and assigns, irrevocably waives, releases, and forever discharges Detroit IT and its respective officers, directors, employees, agents, and professionals from any and all claims, causes of action, damages, obligations, and liabilities of any kind or nature, whether known or unknown, liquidated or unliquidated, fixed or contingent, that the Debtor or its estate had, has, or may have against Detroit IT, whether arising prior to or after the petition date, other than Detroit IT's obligations set forth in this Order.

7. Nothing in this Order shall constitute, or be construed as, an admission or determination as to liability or wrongdoing by either party, all of which are expressly reserved except as otherwise provided herein.

8. This Order is binding upon, and shall inure to the benefit of, the parties

and their respective successors and assigns.

9. This Order will be effective immediately upon entry.

10. This Court retains jurisdiction to resolve any disputes arising from or relating to the interpretation or enforcement of this Order.

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:

**THE COMMUNITY HOUSE ASSOCIATION,
BIRMINGHAM, MICHIGAN,**

Case No. 26-43351-tjt
Chapter 11
Judge Thomas J. Tucker

Debtor.

---

Danielle M. Love, being first duly sworn deposes and says that on July 27, 2026, she filed the foregoing *Stipulation for Entry of Order Allowing Proof of Claim No. 6 Filed by Creditor Detroit IT, LLC and Resolving Post-Petition Matters Between the Parties* with the Clerk of the Court using the Court's electronic filing system which will electronically serve all parties of record.

By: ___*/s/ Danielle M. Love*___
Danielle M. Love (P86248)
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
dlove@kerr-russell.com
*Counsel for Debtor*