Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

Case No.: **26−43351−tjt**
Chapter: 11

In Re: (NAME OF DEBTOR(S))
The Community House Association, Birmingham, Michigan
dba The Community House, dba The Community House Association, fdba Birmingham Downs, fdba Bates Street Society, fdba 21st Century Leaders
380 South Bates
Birmingham, MI 48009

Social Security No.:

Employer's Tax I.D. No.:
38−1256004

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing the Debtor's Case and Granting Other Relief** was entered on **8/5/26** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 8/5/26

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Michigan

In re:
The Community House Association, Birming
Debtor

Case No. 26-43351-tjt
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0645-2 User: admin 
Date Rcvd: Aug 05, 2026 Form ID: ntcdsm Total Noticed: 97

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | #+ | The Community House Association, Birmingham, Michi, 380 South Bates, Birmingham, MI 48009-3366 |
| 28888642 | + | Alexandra Fus, 2289 Mayfair Drive, White Lake, MI 48383-3953 |
| 28888643 | + | Alexis Johnson, P.O. Box 652, Lapeer, MI 48446-0652 |
| 28985078 | + | Aline Ann Daniel, Marko Law, PLLC, Attn: Nichole Omilion, 220 W. Congress St., 4th Floor, Detroit, MI 48226-3213 |
| 28871968 | + | Aline Daniels, c/o Marko Law PLLC Attn: Alexander Waldm, 220 w. Congress, 4th Floor, Detroit, MI 48226-3213 |
| 28888644 | + | Alison Gaudreau, 7012 Peninsula Court, Clarkston, MI 48346-1990 |
| 28888645 | + | Allison Kim, 7767 Elm Creek Blvd., Maple Grove, MN 55369-7041 |
| 28929544 | + | Allison Kim, 7767 Elm Creek Blvd., Suite 210, Maple Grove, MN 55369-7033 |
| 28982873 | + | Bodman PLC, Attn: Marc M. Bakst, 1901 St. Antoine Street, 6th Floor, Detroit, MI 48226-2336 |
| 28888646 | + | Brad Wolf, 442 S. Old Woodward, Birmingham, MI 48009-6610 |
| 28888647 | + | Brien Winfield Heckman, Associate Attorney General, Corporate Oversight Division, P.O. Box 30736, Lansing, MI 48909-8236 |
| 28871970 | + | Brien Winfield Heckman Associate Attorney General, P.O. Box 30736, Lansing, MI 48909-8236 |
| 28888648 | + | Brother Rice High School, Attn: Donna Kramer, 7101 Lahser Road, Bloomfield Hills, MI 48301-4045 |
| 28888649 | + | Brother Rice High School, Attn: Geri Dunaway, 7101 Lahser Road, Bloomfield Hills, MI 48301-4045 |
| 28871971 | + | Chief Financial Credit Union Attn: Tom Dluzen, 200 Diversion Street, Rochester, MI 48307-2207 |
| 28871975 | + | City of Birmingham, 151 Martin Street, Birmingham, MI 48009-3368 |
| 28871976 | | Community House Foundation, 380 S. Bates Street Birmingham, MI 48009 |
| 28888651 | + | Corewell Health Emergency Medicine, Residency Program, Attn: Dustin Hernandez, 3601 West 13 Mile Road, Royal Oak, MI 48073-6712 |
| 28888652 | + | Corewell Health Interventional Radiology, Residency Program, Attn: Heidi Gorske, 3601 West 13 Mile Road, Royal Oak, MI 48073-6712 |
| 28983483 | + | Detroit IT, LLC, 380 S. Bates St., Birmingham, MI 48009-3366 |
| 28888653 | + | Donna Rudofski, 3108 Cross Vine Lane, Summerville, SC 29483-8141 |
| 28888654 | + | Doreen Wright, 16055 West 12 Mile Road, Southfield, MI 48076-2909 |
| 28974356 | + | Doron Yitzchaki, Dickinson Wright PLLC, 350 S. Main Street, Suite 300, Ann Arbor, MI 48104-2131 |
| 28888655 | + | Elaine Fieldman, 350 Woodland Villa Court, Birmingham, MI 48009-1662 |
| 28888656 | + | Elizabeth Carpenter, 1213 Genesee Drive, Royal Oak, MI 48073-4706 |
| 28888657 | + | Elizabeth Timoszyk, 1429 Chesapeake, Royal Oak, MI 48067-4505 |
| 28888658 | + | Elizabeth Wieske, 107 Mark Drive, Mount Clemens, MI 48043-1414 |
| 28888659 | + | FAR Therapeutic Arts and Recreation, 1669 W. Maple Road, Birmingham, MI 48009-1230 |
| 28871978 | + | Gordon Advisors, P.C. 1301 West Long Lake Road Sui, Troy, MI 48098-6328 |
| 28888660 | #+ | Grace Wolf, 615 Kimberly Street, Birmingham, MI 48009-1131 |
| 28888661 | + | Greg White, 14440 Carlisle Street, Detroit, MI 48205-1209 |
| 28888663 | | Handyman Services, P.O. Box 21465, Auburn Hills, MI 48321 |
| 28888662 | + | Hannah Farnung, 8875 Birkhill Drive, Sterling Heights, MI 48314-2506 |
| 28888664 | + | Heather Guise, 1424 Dorchester, Birmingham, MI 48009-5902 |
| 28888665 | + | Industrial Fasteners Institute, Attn: Maggie Mitchell, 6363 Oak Tree Blvd., Independence, OH 44131-2556 |
| 28888666 | + | Jana Eckart, 151 Martin Street, Birmingham, MI 48009-3368 |
| 28888667 | + | Jena Blackwell, 8421 Warren Blvd., Center Line, MI 48015-1543 |
| 28888668 | + | Jennifer Kuczynski, 3168 Canna Lily Place, Clermont, FL 34711-9587 |
| 28888669 | + | Jennifer Zimmerman, 32919 Gallo Lane, Warren, MI 48093-8143 |
| 28888670 | + | Jill Gafken, 22927 Linne St., Clinton Township, MI 48035-2994 |
| 28888671 | + | Josephine Soliman, 3566 San Mateo Road, Waterford, MI 48329-2453 |
| 28888672 | + | Julie Serra, 38546 Arcola Drive, Sterling Heights, MI 48312-1212 |
| 28888673 | + | Junior League of Birmingham, Attn: Sarah-Grace Motley, 220 S. Main Street, Suite 36, Royal Oak, MI 48067-2677 |
| 28888674 | + | Justin Walker, 21700 Northwestern Hwy., Suite 900, Southfield, MI 48075-4908 |
| 28888675 | + | Karen Stephens, 5358 Abington Drive, Troy, MI 48085-3416 |

| | | |
|---|---|---|
| 28888676 | + | Kathie Ninneman, 2630 Douglas Drive, Bloomfield Hills, MI 48304-1735 |
| 28888677 | + | Kayla Sondey, 124 E. Harrington Road, Croswell, MI 48422-1121 |
| 28888678 | + | Kelvin Colvard Jr., 25805 Stonycroft Drive, Southfield, MI 48033-5891 |
| 28871979 | + | Kemp Klein Law Firm Attn: Mark R. Flipp, 201 W. Big Beaver Road Suite 600, Troy, MI 48084-4161 |
| 28888679 | + | Kornelia Papas, 571 W. Merrill Street, Birmingham, MI 48009-1442 |
| 28888680 | + | Kristen Nonahal, 4242 Normanwood, West Bloomfield, MI 48323-1755 |
| 28888681 | + | Kyler Williams, 25766 Deborah, Redford, MI 48239-1712 |
| 28888682 | + | Labor & Employment Law Section, State Bar of Michigan Attn: Thomas Davis, 280 N. Old Woodward Avenue, Suite 400, Birmingham, MI 48009-5394 |
| 28888684 | + | Lauren Crummel, 2931 Woodslee Drive, Royal Oak, MI 48073-2934 |
| 28888685 | + | Lauren Johnston, 2171 Bacon Avenue, Berkley, MI 48072-1066 |
| 28888686 | + | Leadership Oakland, Attn: Shannon Cain, 790 Joslyn Avenue, 2nd Floor, Pontiac, MI 48340-2918 |
| 28888683 | + | Lindsey Eliason, 927 Millpond Court, Northville, MI 48167-1070 |
| 28888687 | + | Love Team Tessa, Attn: Karin Prothero, 4462 Samoset, Royal Oak, MI 48073-6228 |
| 28888688 | + | Malinda Mansour, 40602 Riverbend Drive, Sterling Heights, MI 48310-6993 |
| 28888689 | + | Manveen Saluja, 1767 Alexander Drive, Bloomfield Hills, MI 48302-1202 |
| 28888690 | + | Marc Danysh, 261 Golfcrest, Dearborn, MI 48124-1172 |
| 28888691 | + | Maria Scarvelis, 36663 Woodward Avenue, Apt. 104, Birmingham, MI 48009-0972 |
| 28888692 | + | Marygrace Dickson, 767 Hanna Street, Birmingham, MI 48009-3708 |
| 28888693 | + | Melissa Foster, 1495 Shipman Blvd., Birmingham, MI 48009-1933 |
| 28871980 | + | Michigan Department of Treasury 41300 Dequindre Ro, Sterling Heights, MI 48314-3777 |
| 28888694 | + | Namita Mohan, 1895 Enterprise Drive, Troy, MI 48083-1809 |
| 28888695 | + | Nykia Mitchell, 22434 Avon Lane, Southfield, MI 48075-4063 |
| 28888696 | + | Oakland County Bar Association, Attn: Jennifer Quick, 1760 S. Telegraph Road, Suite 100, Bloomfield Hills, MI 48302-0181 |
| 28888697 | + | Optimist Club, Attn: Rose Falberg, 31574 E. Bellvine Trail, Beverly Hills, MI 48025-3705 |
| 28888698 | + | Pamela Ayres, 1669 West Maple, Birmingham, MI 48009-1230 |
| 28888699 | + | Patricia Jerzy, 1802 S. Hill Blvd., Bloomfield Hills, MI 48304-1142 |
| 28888700 | + | Ramiz Babacic, 2018 Hazel Street, Birmingham, MI 48009-6807 |
| 28888701 | + | Reubin Fleming, 19726 Greydale Avenue, Detroit, MI 48219-1835 |
| 28888702 | + | Ryan Friedrich, 269 Ridgemont Road, Grosse Pointe, MI 48236-3131 |
| 28888703 | + | Samantha Chopp, 2222 E. Farnum, Royal Oak, MI 48067-2104 |
| 28888704 | + | Sandra Elias, 2483 Trevor Drive, Commerce Township, MI 48390-2769 |
| 28888705 | + | Sarah Schuster, 26305 Lorenz Street, Madison Heights, MI 48071-3705 |
| 28871982 | + | Savills, Inc., Attn: General Counsel, 399 Park Avenue 11th Floor, New York, NY 10022-4609 |
| 28871981 | + | Savills, Inc. Attn: Greg Bockart, 213 Hamilton Row, Birmingham, MI 48009-3455 |
| 28888706 | + | Sheila Argue, 312 Highland, Rochester, MI 48307-1513 |
| 28888707 | + | Sherry Johnson, 23917 Cass Avenue, Farmington, MI 48335-3402 |
| 28888708 | + | Sonny Cohn, 5530 Helmsdale Blvd., West Bloomfield, MI 48322-1110 |
| 28888709 | + | Stan Duschinsky, 6033 Beachwood Drive, West Bloomfield, MI 48324-1389 |
| 28871985 | + | State of Michigan, Coporate Oversight Division Attn: Brien, P.O. Box 30736, Lansing, MI 48909-8236 |
| 28871984 | + | State of Michigan, Corporate Oversight Division Attn: Brien, P.O. Box 30736, Lansing, MI 48909-8236 |
| 28871986 | + | State of Michigan Department of Labor and Economic, Unemployment Insurance Agency, P.O. Box 169, Grand Rapids, MI 49501-0169 |
| 28888710 | + | Tessa Said, 1363 Webster Street, Birmingham, MI 48009-7090 |
| 28888711 | + | Timothy Hunt, 5335 Timber Ridge Trail, Clarkston, MI 48346-3860 |
| 28888712 | + | Tracy Edelman, 19861 Maplewood Street, Livonia, MI 48152-2051 |
| 28871987 | + | Trion Solutions, Inc. 888 W. Big Beaver Road Suite, Troy, MI 48084-4736 |
| 28871988 | + | Trion Solutions, Inc. 888 W. Big Beaver Suite 100, Troy, MI 48084-4736 |
| 28888713 | + | Tyler Trudell, 142 S. Avery Road, Waterford, MI 48328-3402 |
| 28888714 | + | Vangeline Fowler, 35645 Old Homestead Drive, Farmington, MI 48335-2032 |
| 28871990 | + | Varnum LLP, Attn: Kathleen A. Martone Louis F. Ronay, 480 Pierce St., Suite 300, Birmingham, MI 48009-6019 |
| 28871989 | + | Varnum LLP, Attn: Kathleen A. Martone and Louis F. R, 480 Pierce St., Suite 300, Birmingham, MI 48009-6019 |
| 28871991 | + | William D. Seklar, 411 South Old Woodward Avenue Suite 1002, Birmingham, MI 48009-6650 |
| 28888715 | + | YPO Greater Detroit, Chapter Attn: Julianne, Connolly 1016 Bloomview, Circle, Rochester, MI 48307-1728 |

TOTAL: 97

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Andrew R. Vara |
| 28871969 | | Bodman PLC, 6th Floor at Ford Field 1901 St. Antioin |
| 28871974 | | City of Birmingham, 151 Martin Street Clerk's Office Birming |
| 28901768 | | MICHIGAN DEPARTMENT OF TREASURY/BANKRUPTCY UNIT P. |
| 28871972 | *+ | Chief Financial Credit Union Attn: Tom Dluzen, 200 Diversion Street, Rochester, MI 48307-2207 |
| 28871973 | *+ | Chief Financial Credit Union Attn: Tom Dluzen, 200 Diversion Street, Rochester, MI 48307-2207 |
| 28888650 | *+ | Community House Foundation, 380 S. Bates Street, Birmingham, MI 48009-1484 |
| 28871977 | * | Community House Foundation, 380 S. Bates Street Birmingham, MI 48009 |
| 28871983 | *+ | Savills, Inc. Attn: Greg Bockart, 213 Hamilton Row, Birmingham, MI 48009-3455 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brendan G Best | on behalf of Interested Party The City of Birmingham Michigan bgbest@varnumlaw.com, tachristians@varnumlaw.com |
| Brien W Heckman | on behalf of Attorney Brien Heckman heckmanb1@michigan.gov MurphyA@michigan.gov;GeeM1@michigan.gov |
| Danielle Love | on behalf of Debtor In Possession The Community House Association Birmingham, Michigan dkus@kerr-russell.com |
| Heather L. Donald | on behalf of Creditor State of Michigan Department of Treasury donaldh@michigan.gov |
| Jason W. Bank | on behalf of Debtor In Possession The Community House Association Birmingham, Michigan jbank@kerr-russell.com, nnajor@kerr-russell.com |
| Jaye Quadrozzi, I | on behalf of Interested Party The City of Birmingham Michigan jcquadrozzi@varnumlaw.com |
| Kurt M. Kobiljak | on behalf of Creditor Chief Financial Credit Union kkobiljak@pck-law.com |
| Max J. Newman | on behalf of Interested Party Julie and Mark Pulte Charitable Foundation newman@butzel.com |
| Nichole Ann Omilion | on behalf of Creditor Aline Ann Daniel nichole@markolaw.com |
| Richardo I. Kilpatrick | rkilpatrick@kaalaw.com MI58@ecfcbis.com |
| Stuart A. Gold | on behalf of Creditor Detroit IT LLC sgold@glmpc.com, sgold@ecf.courtdrive.com |
| Timothy Graves (UST) | on behalf of U.S. Trustee Andrew R. Vara Timothy.Graves@usdoj.gov |

TOTAL: 12